UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAYCAL MANZ

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

RESTAURANT LOS TACOS NO. 1

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☑ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____
_____
_____

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, **Faycal Manz** _____, is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

**Federal Republic of Germany** _____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, **Los Tacos No. 1**, is incorporated under the laws of the State of **New York, USA**

and has its principal place of business in the State of **New York, USA**

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Faycal | | Manz |
|---|---|---|
| First Name | Middle Initial | Last Name |

**Wolfeschle 6**
Street Address

| Schemmerhofen | Germany | 88433 |
|---|---|---|
| County, City | State | Zip Code |

| 004915730905037 | manz2010@gmx.ch |
|---|---|
| Telephone Number | Email Address (if available) |

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

First Name / Last Name: **Restaurant Los Tacos No. 1**

Current Job Title (or other identifying information):

Current Work Address (or other address where defendant may be served): **229 West 43rd Street**

County, City: **Times Square, New York City**  State: **New York**  Zip Code: **10036**

Defendant 2:

First Name / Last Name:

Current Job Title (or other identifying information):

Current Work Address (or other address where defendant may be served):

County, City  State  Zip Code

Defendant 3:

First Name / Last Name:

Current Job Title (or other identifying information):

Current Work Address (or other address where defendant may be served):

County, City  State  Zip Code

Defendant 4: _____
First Name                        Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                State                Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: Restaurant Los Tacos No. 1, 229 W 43rd Street, NYC

Date(s) of occurrence: 08/25/2024 at 06:00 PM

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I am a german tourist who have been visiting NYC from 24th to 30th of August 2024. I live and work as Sales Engineer in Germany.

As there is no possibility for me to eat tacos in my small german hometown, I was looking for a good Taco restaurant in NYC. Therefore I found (using Google) the above

mentioned restaurant of the defendant. My debit card receipt shows that I have paid the

amount of approx. 20 Dollars ordering 3 Tacos on 08/25/2024 at 05:48 PM.

Because this Taco experience was too special for me, I made several pictures and videos of the restaurant and the received food before starting to eat in the restaurant.

The sauces of the Tacos can be found in a separate self-service-area. In this area,

there are 2 kind of sauces: a red sauce and a green sauce. As I had no idea how

dangerous these sauces could be or which ingredients are put in the sauces, I started putting a lot of these sauces inside my tacos. Immediately I recognized that the green

sauce is a very hot spicy one. I had absolutely no idea about these sauce before using it.

My tongue and my mouth were burning immediately, my apple watch registred at this

time a higher pulse automatically while eating. This incident made me a lot of health

problems such a Diarrhea, Nausea, Mouth / Tongue Blisters as reaction of the very hot spicy sauce. However there were absolutely no warnings at all. The sauce container did

not have any label (about the name of sauce or the ingredients inside). For someone like

me living in Germany and eating nothing spicy, it was a very big shock physically and mentally. The restaurant of the defendant failed to provide adequate warnings about the

spiciness of the sauces. In legal terms, this falls under premises liability "failure to warn".

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Gastrointestinal problems such Diarrhea, Nausea

Mouth / Tongue blisters which cause nonstop pain

Higher tense (High blood pressure for sure)

Emotional distress / lost of enjoyment during my very short trip

The department of Health (DOHMH) has been informed, SR-Number: 311-20201450

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

100.000 USD

Due my gastrointestinal problems in the past (a colonoscopy has been made in the past),

it is practically forbidden for me to eat such a very hot spicy food.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 10/02/2024 | *[signature]* F. |
|---|---|
| Dated | Plaintiff's Signature |
| Faycal | Manz |
| First Name / Middle Initial | Last Name |
| Wolfeschle 6 | |
| Street Address | |
| Schemmerhofen | Germany / 88433 |
| County, City | State / Zip Code |
| 004915730905037 | manz2010@gmx.ch |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.