

**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**Case: 24-cv-07457-LTS**

**Faycal Manz**
**«Plaintiff»**

against

**Restaurant Los Tacos No. 1**
**«Defendant»**

**This document is a complement of the complaint (page 5 and page 6) – Statement of claim**

1. **The parties**

    1.1. The Plaintiff, Faycal Manz, resides in Wolfeschle 6, D-88433 Schemmerhofen, Federal Republic of Germany

    1.2. The Defendant, Restaurant Los Tacos No. 1, operates a restaurant in 10036 New York, 229 W 43rd Street, engaging in the sale and service of food and beverage to customers.

2. **Facts**

    2.1. On 25/08/2024 at 05:41 PM, the Plaintiff visited the Defendant's restaurant located in 10036 New York, 229 West 43rd Street for a meal (Tacos). The picture made by the Plaintiff during his arrival is enclosed.

    2.2. The Plaintiff purchased and consumed 3 Tacos from the Defendant's menu. The Plaintiff paid approx. 20 USD for 3 Tacos and 1 Diet Coke. The debit card receipt of the Plaintiff as well as the food picture (3 Tacos and 1 Diet Coke) are enclosed.

    2.3. Immediately after consuming the tacos, the Plaintiff began experiencing severe symptoms of a spice intolerance. The Apple Smartwatch of the Plaintiff has registred a big change of the Plaintiff's heart rate (80 beats/min before eating at 05:53 PM to 95 beats/min immediately after eating the Tacos with the very hot spicy sauces at 06:01 PM). Please see the enclosed Apple Watch evaluation.

    2.4. The Plaintiff made immediately a picture of his burned tongue / mouth (exactly at 06:01 PM) while the Apple Watch was registering the heart beat change. The body temperature of the Plaintiff was increasing due to the very hot spicy food, the Plaintiff's head turned red.

2.5. The very hot spicy sauces caused a physiologic response presenting a higher heart rate (tachycardia). This caused discomfort for the Plaintiff.

2.6. The Plaintiff sought treatment with medication. It is confirmed that the Plaintiff had suffered a spice intolerance as a result of consuming very hot spicy sauces at the Defendant's restaurant.

2.7. The Plaintiff's illness resulted in significant pain, suffering, loss of enjoyment of the very short New York trip which ended on 08/30/2024. The Plaintiff experienced gastrointestinal issues such as stomach pain with diarrhea, Nausea, burned mouth / tongue with blisters.

2.8. The Plaintiff has practically a spice intolerance due to a very sensitive gastrointestinal tract. The colonoscopy was done in Germany in 2010 and can be confirmed at any time during the lawsuit processing.

3. **Legal Basis for the Claim**

3.1. The Defendant, in the course of its business, owed the Plaintiff a duty of care to ensure that the food including the sauces in the self-service-area are safe for consumption.

3.2. The Defendant breached its duty of care by disposing very hot spicy sauces in the self-service-area without any warning about the high spiciness and without any information about the ingredients of such sauces.

3.3. As a direct result of the Defendant's negligence in warning, the Plaintiff sustained injuries, losses and damages.

3.4. The several Google reviews enclosed shows that a lot of visitors know that there are very hot spicy sauces in the self-service-area. However the Defendant did not see any need to put a warning or a small information about the names of these sauces so that at least the Plaintiff could have had the chance to google the name and the ingredients of these ones.

3.5. On the other side all «absolutely not dangerous» drinks are labeled (see Google pictures enclosed). Furthermore one Google review enclosed shows that the restaurant employees do usually speak spanish. Therefore either a verbal warning from the defendant's employees would not be possible because not everyone speak spanish.

**The Plaintiff tried to find a solution with the Defendant, before starting a lawsuit at court, sending him E-Mails with all pictures / videos as evidence as well a certified Mail via the US-Post. Unfortunately the Plaintiff received only a general answer on 09.09.2024 without any further information despite of asking the defendant once again on 09.27.2024.**

**08th October 2024**

Faycal Manz



Case: 24-CV-07457-LTS

| Aus Space zurückzahlen | Geld senden | Zum Support |

## Details

| Kategorie |
| Abos & Spenden |

| Von |
| Hauptkonto |

| Transaktionstyp |
| Gebühr |

| Verwendungszweck |
| Zahlungen in Fremdwährungen |

## Notizen

Notiz hinzufügen

## Tags

＋

## Verbundene Transaktionen

TST*LOS TACOS NO.1 - T
25.08.2024 · New York          -18,49 €





EINTRAGSDETAILS

Herzfrequenz
**80 BPM**

Datum
**25.08.2024, 17:54:59**

Quelle
**Apple Watch von Faycal**

Zu Health hinzugefügt
**25.08.2024, 17:55:55**

Herzfrequenz (Kontext)
**Ruhezustand**

GERÄTEDETAILS

Name
**Apple Watch**

Hersteller
**Apple Inc.**

Modell
**Watch**

Hardwareversion
**Watch7,1**

Softwareversion
**10.6**



EINTRAGSDETAILS

Herzfrequenz
**95 BPM**

Datum
**25.08.2024, 18:00:06**

Quelle
**Apple Watch von Faycal**

Zu Health hinzugefügt
**25.08.2024, 18:01:56**

Herzfrequenz (Kontext)
**Ruhezustand**

GERÄTEDETAILS

Name
**Apple Watch**

Hersteller
**Apple Inc.**

Modell
**Watch**

Hardwareversion
**Watch7,1**

Softwareversion
**10.6**

**manz2010@gmx.ch**

| | |
|---|---|
| **Von:** | LOS TACOS No.1 <info@lostacos1.com> |
| **Gesendet:** | Montag, 9. September 2024 23:04 |
| **An:** | manz2010@gmx.ch |
| **Betreff:** | Re: Personal Injury in your restaurant on 25th August 2024 |

Hi Faycal,


Thank you for reaching out to us regarding your experience at Los Tacos No. 1 on August 25, 2024. We take all feedback seriously and are currently reviewing the details of your claim.

We are looking into the matter thoroughly and will get back to you as soon as possible. In the meantime, if you have any additional information or documentation, such as medical records or receipts, that you believe would be helpful, please feel free to share them with us.


We appreciate your patience and will be in touch shortly.


Kind regards,

Gabriela


On Sun, Sep 8, 2024 at 4:51 PM <manz2010@gmx.ch> wrote:

> Dear General Manager of Los-Tacos-1-Restaurants,
>
> I am writing to you this Mail because it is the easiest way for me to report an incident which occurred in your restaurant Los Tacos 1 in Times Square on Sunday, 25th of August 2024 at 05:48 PM. The credit card receipt confirms that I was a guest at your highly appreciated restaurant on the above mentioned date.
>
> My name is Faycal Manz. I am a Germany citizen which have been visited New York as tourist from 24th to 30th. I have never been in your restaurant. I ordered 3 Tacos, the sauce of the tacos can be found separately in the self-service-area.
>
> At the total there 2 kind of sauces which I didn't recognize immediately (red sauce and green sauce).
>
> As I had no idea about the components of the sauce, no experience before and no warning information was mentioned on the sauce cup, I put a lot of sauces in the taco. Unfortunately it was the very very hot spicy sauce. My mouth and tongue was burning immediately. Unfortunately this made me a lot of health problems (Diarrhea, nausea, mouth / tongue blisters) as reaction of the very very hot spicy sauce which has not been warned or labeled. For someone like me who eats

practically nothing spicy in Germany (German food is not spicy), it was a very big shock physically and mentally.

Please find enclosed all the corresponding pictures as well as the credit card receipt related to this incident which caused me a personal injury due to the lack of warning.

Your restaurant failed to provide adequate warnings about the spiciness of the sauces. In legal terms, this may fall under premises liability, specifically a "failure to warn" claim. I don't want to start a legal action at the General Attorney of New York so far, because I want to solve the problem directly with you without any court action. I didn't write any feedback online too because I want to give you the chance to react.

Restaurants typically aren't required to label every condiment, but if the sauce is unusually spicy and could cause harm, there may be a duty to provide some form of notice or warning.

Therefore I apply for a compensation for damages. I am entitled to compensation for:
1) Medical expenses (medicine)
2) Pain and suffering (burned mouth with tongue blisters, Diarrhea, high pulse, nausea)
3) Emotional distress
4) Lost enjoyment of my 6 days short trip.

For any further information, please do not hesitate to contact me. I am waiting for your answer till 15th September 2024.

Sincerely yours,

Mr. Faycal Manz

 

**Matt Owens**
Local Guide · 21 Rezensionen · 83 Fotos



 vor einem Monat

Verzehr im Restaurant | Abendessen | 10–20 $

It's not often that you go to hyped up or 'viral places' that are still worth it. Los tacos is that good it's impressive that it still hold up time and time again after so many visitors.

The atmosphere is probably what makes it, loads of staff behind the counter, cooking, cutting ingredients, serving dishes and shouting orders, it's like being in an episode of The Bear, but where most of the people are speaking Spanish.

But the food is also excellent, prices aren't bad compared to most places, lots of drinks options and they crack out so much food you know nothing has been sitting out a while under a heat lamp. ==The meats are juicy and the toppings are fresh, and you get to choose how hot you want it with the help yourself salsa section.==

We went back three times during a week's stay, especially for a perfect late night snack.





  **F J**
Local Guide · 36 Rezensionen · 132 Fotos


★★★★ vor 2 Monaten

Essen zum Mitnehmen | Abendessen | 20–30 $

Ordered takeout from this restaurant. We got chicken, beef, and cactus tacos. All were really delicious. My favorite was the beef tacos. The line moved quickly, we placed our order in 10 minutes from the time we waited in line (Tuesday night around 7:45pm). ==There is a self-serve salsa bar with salsa, fresh radish, and hot pepper (I love the black salsa!! Not too spicy for me and got a really interesting earthy flavor).== The hard working staff members behind the counter were all very friendly and helpful. We will be back!!

Essen: 5/5 | Service: 4/5 | Ambiente: 4/5

Empfehlungen für Gerichte
Grilled Chicken, Cactus Tacos, Street Taco

AA  🔒 Q rezensionen für los tacos no.1 new york  🎤

←  **Vanessa Pires**
Local Guide · 9 Rezensionen · 30 Fotos

★★★★★  vor einem Monat

Verzehr im Restaurant | Mittagessen | 10–20 $

We needed something quick and dirty when we first got to NYC and this was right next to our hotel. We weren't expecting much but there was a long line (took less than 10 to get inside). We're really surprised, the tacos were absolutely mouthwatering and tasty as hell. We don't have tacos this good in Montreal. Also, ate here with celiac disease and felt fine, they do have flour tortillas so CC is possible <mark>and most of the workers only speak Spanish so knowing Spanish is a plus.</mark>

Essen: 5/5 | Service: 5/5 | Ambiente: 4/5

**Empfehlungen für Gerichte**
Carne Asada Quesadilla

**Ernährungseinschränkungen**
Gluten free







Vanessa Pires – vor einem Monat

Die Bilder sind eventuell urheberrechtlich geschützt