## AFFIDAVIT OF SERVICE

| Case: 24-cv-07457-LTS | Court: UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | County: | Job: 11992976 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Faycal Manz | | **Defendant / Respondent:** Restaurant Los Tacos No. 1 | |
| **Received by:** Tamara Jones | | **For:** Faycal Manz | |
| **To be served upon:** Restaurant Los Tacos No. 1 | | | |

I, Tamara Jones, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Miguel P., 229 West 43rd Street, New York, NY 10036

**Manner of Service:**   Authorized, Oct 15, 2024, 5:47 pm EDT

**Documents:**   Summons In A Civil Action, Complaint, Review Of The Statement Of Claim, Addition to Complaint

**Additional Comments:**

1) Successful Attempt: Oct 15, 2024, 5:47 pm EDT at 229 West 43rd Street, New York, NY 10036 received by Miguel P.. Age: 35-40; Ethnicity: Hispanic; Gender: Male; Weight: 170; Height: 5'7"; Hair: Black; Eyes: Brown; Relationship: Manager;

I arrived at Los Tacos at 229 W 43rd st and went inside to the counter. I asked if I could see a manager to the cashier there. He pointed over to Miguel at the end of the counter and called to him for me. I went over and told him that I had legal documents for him for the location. He accepted service. After collecting his name, I left the premises.

_____     10/15/2024
Tamara Jones                                          Date

2117584-DCWP
RUSHReady Serve
2851 Cropsey Ave Suite 130
Brooklyn, NY 11214
9146202266

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

10/15/24
Date

12/19/27
Commission Expires

JOSHUA LEE
Notary Public - State of New York
No. 01LE6252924
Qualified in Kings County
My Commission Expires 12/19/___