**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------X

Faycal Manz

                                      Plaintiff

**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

              -against-                    1: 24  CV 07457   (DEH   )

Restaurant Los Tacos No. 1

                                  Defendant.

-----------------------------------------X

Faycal Manz, born on 12/02/1981   hereby declares as follows:

1. I am the plaintiff in this action.

2. This action was commenced by filing the Complaint on 10/02/2024 (Doc #1).

3. The time for defendant, Restaurant Los Tacos No. 1, to answer or otherwise move with respect to the complaint herein has expired on 06th November 2024.

4. Defendant, Restaurant Los Tacos Nr. 1, has not answered or otherwise moved with respect to the complaint, and the time for defendant Restaurant Los Tacos Nr. 1 to answer or otherwise move has not been extended.

5. That Defendant, Restaurant Los Tacos No. 1, is not an infant or incompetent. The Defendant is not presently in the military service of the United States as appears from facts in this litigation.

WHEREFORE, plaintiff, Faycal Manz, requests that the default of defendant, Restaurant Los Tacos No. 1, be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: 07th November 2024								By: *Faycal Manz* (signature)

Faycal Manz
Plaintiff Pro SE

Wolfeschle 6, 88433
Schemmerhofen
Germany
+49 157 30 90 50 37
Manz2010@gmx.ch