UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Faycal Manz

Plaintiff(s)

vs.

Restaurant Los Tacos No. 1

Defendant(s)

_____

**Request for Clerk's Certificate of Default**

Civil Case No. 1:24-CV-07457-DEH

Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, The Plaintiff, Faycal Manz, requests a Clerk's certificate of entry of default.  Within in an accompanying affidavit, I affirm that the party against whom the judgment is sought:

1)   is not an infant or incompetent person;

2)   is not in the military service;

3)   was properly served under Fed. R. C. P. 4 and proof of service having been filed with the court;

4)   has defaulted in appearance in the above captioned action.

Faycal Manz, 7th November 2024
_____
**Counsel for Plaintiff(s) / Plaintiff(s) Pro se**