# AFFIDAVIT OF SERVICE

| Case:<br>24-CV-07457-LTS | Court:<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | County: | Job:<br>11992976 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Faycal Manz | | Defendant / Respondent:<br>Restaurant Los Tacos No. 1 | |
| Received by:<br>Tamara Jones | | For:<br>Faycal Manz | |
| To be served upon:<br>Restaurant Los Tacos No. 1 | | | |

I, Tamara Jones, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Miguel P., 229 West 43rd Street, New York, NY 10036
**Manner of Service:** Authorized, Oct 15, 2024, 5:47 pm EDT
**Documents:** Summons In A Civil Action, Complaint, Review Of The Statement Of Claim, Addition to Complaint

**Additional Comments:**
1) Successful Attempt: Oct 15, 2024, 5:47 pm EDT at 229 West 43rd Street, New York, NY 10036 received by Miguel P.. Age: 35-40; Ethnicity: Hispanic; Gender: Male; Weight: 170; Height: 5'7"; Hair: Black; Eyes: Brown; Relationship: Manager;
I arrived at Los Tacos at 229 W 43rd st and went inside to the counter. I asked if I could see a manager to the cashier there. He pointed over to Miguel at the end of the counter and called to him for me. I went over and told him that I had legal documents for him for the location. He accepted service. After collecting his name, I left the premises.

Tamara Jones          10/15/2024
                      Date

2117584-DCWP
RUSHReady Serve
2851 Cropsey Ave Suite 130
Brooklyn, NY 11214
9146202266

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
10/15/24                         12/19/27
Date              Commission Expires

JOSHUA LEE
Notary Public - State of New York
No. 01LE6252924
Qualified in Kings County
My Commission Expires 12/19/