UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Faycal Manz,<br><br>                              Plaintiff,<br><br>          v.<br><br>Restaurant Los Tacos No. 1,<br><br>                              Defendant. | 24 Civ. 7457 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On October 2, 2024, Plaintiff filed his Complaint. *See* ECF No. 1. On October 16, 2024, Plaintiff filed proof of service as to Defendant Restaurant Los Tacos No. 1. *See* ECF No. 11. To date, Defendant has not appeared.

It is hereby ORDERED that Plaintiff shall (1) file a letter on ECF by November 25, 2024, describing any communication he has had with Defendant after filing this lawsuit and describing its efforts to provide Defendant with actual notice (not proof of service) of this lawsuit (not proof of generalized customer complaints); and (2) proof of service of the motion for default judgment.

SO ORDERED.

Dated: November 19, 2024
       New York, New York

_____
DALE E. HO
United States District Judge