UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


Faycal Manz

                        Plaintiff,           1:24-CV-07457-DEH-HJR

       - against -

                                    **LETTER AS ANSWER OF THE
JUDGE ORDER DATED 11.19.24**


Restaurant Los Tacos Nr. 1

                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


(1) The Plaintiff has not had any further communication with the Defendant **after** filing the lawsuit. The Plaintiff had communication via E-Mails / USPS Certified Mail till 09.26.2024. The first and last answer of the Defendant was on 09.09.2024. There was no further Defendant's reaction since 09.09.2024 despite Plaintiff's reminders, the latest reminder sent on 09.26.2024. All the communication can be found in ECF No. 21 (Page 17 – 24). Because of the Defendant's permanent ignorance, the Plaintiff did not see any other solution than to file this lawsuit. Despite starting legal action, the Defendant has not appeared to date.

(2) The proof of service of the motion of default judgment (including all documents related to the motion of default judgment) can be found in ECF No. 22 and No. 23.


Faycal Manz
Plaintiff PRO SE

Wolfeschle 6
D-88433 Schemmerhofen
Germany
Mobile: +4915730905037
E-Mail: manz2010@gmx.ch

Germany, 19th November 2024