UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Faycal Manz,<br><br>                Plaintiff,<br><br>v.<br><br>Restaurant Los Tacos No. 1,<br><br>                Defendant. | 24 Civ. 7457 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

        Plaintiff Manz initiated this tort action on October 2, 2024, and moved for default judgment on November 7, 2024. See ECF Nos. 1, 18. Defendant Restaurant Los Tacos No. 1 ("Los Tacos") made an appearance in this case on November 22, 2024. See ECF No. 26. Defendant shall respond to Plaintiff's motion for default judgement by December 9, 2024. If Defendant files an opposition, Plaintiff shall reply by December 20, 2024. If no response is filed by Defendant, Plaintiff's motion for default judgement will be deemed unopposed.

        SO ORDERED.

Dated: November 25, 2024
       New York, New York

                                                    DALE E. HO<br>
                                                   United States District Judge