# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **Faycal Manz,**<br>Plaintiff, | Case No. 1:24-CV-07457-DEH |
| v. | RESPONSES TO DEFENDANT'S<br>FIRST SET OF INTERROGATORIES<br>(ECF 31-2, Pages 7 to 10) |
| **Restaurant Los Tacos No. 1,**<br>Defendant. | |

The Plaintiff has already provided all relevant and necessary information to the Court, including detailed pictures of the Restaurant, the Food and the burned tongue / mouth of the Plaintiff, Apple Watch records, Credit Card receipts and more than 30 case relevant internet reviews of the Defendant.

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Faycal Manz ("Plaintiff"), pro se, hereby responds once again the Defendant's questions as follows:

## 1.    **Witnesses:**

Yes, the Plaintiff contacted immediately his wife after the incident via his mobile phone. Furthermore, most of the internet reviews show evidence that the Defendant is grossly negligent in his conduct.

## 2.    **Location of the Alleged Incident:**

The incident occurred inside the premises of Restaurant Los Tacos No. 1 in New York City, 229 West 43rd Street 10036 NY, specifically at the self-service sauce station located adjacent to the main dining area.

3.    **Date, Place of Birth, and Social Security Number of Plaintiff:**



4.    **Address of Plaintiff at the Time of Accident and at Present:**

- **At the Time of Accident:** Hotel in New York City
- **At Present:** Germany

5.    **Date and Approximate Time of Day of the Occurrence:**

- **Date:** 25th August 2024
- **Time:** Approximately 6:00 PM

6.    **Name and Address of the Employers for Whom Plaintiff Was Working at the Time of the Occurrence and Plaintiff's Occupations, if Any:**

The Plaintiff is a Sales Engineer and studying law in Germany.

7.    **Nature and/or Type of Work Customarily Performed by the Plaintiff:**

The Plaintiff is a Sales Engineer and studying law in Germany.

8.    **If Self-Employed, State Nature of Self-Employment and Business Address:**

- **Nature of Self-Employment:** Not self-employed
- **Business Address:** N/A

9.    **Set Forth What Plaintiff Was Doing at the Time of the Occurrence:**

The Plaintiff was dining at the restaurant, specifically choosing sauces from the self-service area to accompany his meal.

**10.    If the Occurrence Took Place on, at or Near the Defendants' Premises, Set Forth the Location Therein:**

The incident occurred within the restaurant at the self-service sauce station.

**11.    A Statement of the Acts or Omissions Constituting the Negligence Claimed as Against This Answering Defendant:**

The Gross negligence of the Defendant consists of failing to provide adequate warnings or signs about the extreme spiciness of the sauces, which are known to cause physical discomfort and injury if consumed without proper warning.

**12.    If it is Claimed Those Negligent Repairs Were Made, State When, Where and by Whom on Behalf of the Defendant They Were Made and in What Respect Such Repairs Were Negligently Performed:**

N/A. This question appears to be based on a misunderstanding of the situation occurred.

**13.    If Constructive Notice is Claimed, for How Long a Time Did the Condition Exist Before the Occurrence:**

The dangerous condition, being the availability of highly spicy sauces without adequate warnings, had existed for at least months and years according to online reviews and testimonials from other customers.

**14.    What Ordinances, Regulations and Statutes Does Plaintiff Claim Defendant Violated:**

Defendant violated local health and safety codes that require food establishments to clearly label foods that may pose a health risk due to their extreme spice levels.

**15.    Description of Any Dangerous or Defective Condition Alleged by Plaintiff, If Any:**

The dangerous condition alleged is the presence of extremely spicy sauces offered without appropriate warning labels or signs indicating their potential harm.

**16.    Describe the Injuries Sustained by Plaintiff, Indicating the Exact Location, Nature, Extent and Duration of Each Injury, Their Sequelae, and a Description of Those Claimed to Be Permanent:**

Injuries include severe burns to the mouth and tongue, significant facial redness (higher body temperature feeling), higher heartbeat (apple watch records), and acute gastrointestinal distress (Diarrhea, etc.), emotional distress (till today) and loss of enjoyment. Due to the higher heartbeat, the blood pressure must have been increased too.

**17.    State Whether Plaintiff Claims Any Limitation of Motion or Loss of Function as a Result of the Injuries Alleged and If So, State the Nature, Extent and Degree of Permanency Thereof:**

The Plaintiff experienced temporary limitation in eating and movement (less flexibility due to acute gastrointestinal distress), with no permanent loss of function anticipated as well as an emotional distress till today and loss of enjoyment during his summer vacation. This New York trip was a gift from the Plaintiff's wife.

**18.    Set Forth the Names and Addresses of All Hospitals Where Plaintiff Was Treated or Confined:**

The sent evidence confirms the diagnosis in all cases without any hospital visit.

**19.    If it is Claimed the Plaintiff Was Treated by a Physician Other Than One at the Hospital and/or Clinic:**

See evidence already sent. No Physician was needed to confirm the diagnosis.

**20.    State the Length of Time Giving Specified Dates She Was Incapacitated from Attending to Her Usual Duties and Vocation; the Amount of Earnings or Wages Claimed to Have Been Lost and the Rate of Wage or Basis of Remuneration Received by the Plaintiff:**

- **Total Limitation:** 3 days from 25th August 2024 to 28th August 2024.
- **Other Limitation:** Emotional distress till today
- **Lost Earnings:** The Plaintiff was on summer vacation in New York City as Gift received from his wife. Therefore, the Plaintiff requires compensatory damages for medical supplies, pain and suffering, emotional distress (till today) and loss of enjoyment during his very short trip as well as punitive damages because the Defendant was and is still acting grossly

negligent not putting any warning labels on the very spicy sauces till now (as mentioned in one of the latest reviews).

**21.   State the Length of Time Plaintiff Claims to Have Been:**

See Answers 17 + 20

**22.   Set Forth the Amounts Claimed to Have Been Sustained as Special Damages for:**

the Plaintiff requires compensatory damages for medical supplies, pain and suffering, emotional distress (till today) and loss of enjoyment during his very short trip (as Gift of the Plaintiff's wife) as well as punitive damages because the Defendant was and is still acting grossly negligent not putting any warning labels till now (as mentioned in one of the latest reviews).

**23.   State the Amount Earned by Plaintiff**

The Plaintiff earns an average of $100,000 per year working as Sales Engineer in Germany.

**24.   Accurately State Length of Time Confined to Bed and Home:**

See Answers 17 + 20

**25.   The Names and Addresses of All Persons Who Helped in the Preparation of the Responses Provided Herein:**

The Plaintiff prepared these responses independently without assistance.

**PLEASE TAKE FURTHER NOTICE,** that the information provided herein is accurate to the best of the Plaintiff's knowledge and belief, and all responses are made under the penalties of perjury.

Respectfully submitted,

Plaintiff Pro SE
Germany, 26th December 2024

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Faycal Manz,**<br>Plaintiff,<br><br>v.<br><br>**Restaurant Los Tacos No. 1,**<br>Defendant. | Case No. 1:24-CV-07457-DEH<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE TO PRODUCE (ECF 31-2, Pages 11 to 13)** |

**Pursuant to Federal Rules of Civil Procedure 26 (b), the Plaintiff, Faycal Manz, provides the following information in response to the Defendant's Notice to Produce:**

1.    **Medical Reports:**

See Apple-Watch records, Pictures of the burned tongue / mouth.

2.    **Hospital and Medical Records:**

No hospital has been visited

3.    **Physician Reports**

No physician has been visited

4.    **Witness Information:**

- Plaintiff's Wife, Germany (has been contacted immediately via mobile phone)
- At least 30 internet reviews of several customers

5.    **Notice Witnesses:**

See Answer 4

6.    **Tax Returns:** Not relevant, as the Plaintiff lives in Germany

7.      **Defendant Statements:**

- See Defendant's Verified Answer (ECF 35)

8.      **Photographs of the Incident Scene:**

- Have been already sent

9.      **Medical Benefits/Collateral Source File:**

- No medical benefits received, the Plaintiff is a German tourist

10.     **Diagnostic Test Films and Reports:**

- Not existing

11.     **Medical Files from Chiropractors/Physical Therapists:**

- Not existing

12.     **Documents Relating to the Incident:**

- All case relevant pictures have been sent

13.     **Collateral Source Payments:** No payment received, the Plaintiff is a German tourist

**Additional Notes:**

- The Plaintiff asserts that some requests by the Defendant are not proportional to the needs of this case, specifically requests for extensive personal financial records unrelated to the specific injuries claimed.

Respectfully submitted,

Faycal Manz
Plaintiff Pro SE

Germany, 26th December 2024

2