```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAYCAL MANZ,

                Plaintiff,

           -v-

RESTAURANT LOS TACOS NO. 1,

                Defendant.

**ORDER**

24-CV-7457 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On March 26, 2025, the Court received a motion by the pro se Plaintiff requesting that his deposition be held remotely or, in the alternative, that Defendant pay for his travel to New York. Dkt. No. 51. For the reasons discussed at today's conference, Plaintiff's motion is **DENIED**.

On March 29, 2025, the Court received a motion by Plaintiff to compel discovery responses. Dkt. No. 58. For the reasons discussed at today's conference, Plaintiff's motion is **DENIED WITHOUT PREJUDICE**.

The Clerk of Court is respectfully directed to close the motions at Docket Numbers 51 and 58, and to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: April 2, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge