```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAYCAL MANZ,

                Plaintiff,

      -v-

RESTAURANT LOS TACOS NO. 1,

                Defendant.

**ORDER**

24-CV-7457 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On May 18, 2025, Plaintiff filed two letters raising discovery disputes. Dkt. Nos. 62–63. Defendant is directed to file its response to these letters by **May 22, 2025**.

The Court will hold a telephone conference on these disputes on **May 27, 2025** at 10:00 a.m. Parties should dial in to 646-453-4442 and use the conference ID 484 818 962#.

The Clerk of Court is respectfully to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: May 20, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge