```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAYCAL MANZ,

                Plaintiff,

-v-

RESTAURANT LOS TACOS NO. 1,

                Defendant.

**ORDER**

24-CV-7457 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On May 19, 2025, the Court received two filings from Plaintiff. Dkt. Nos. 62–63. First, Plaintiff sought to compel answers to his Interrogatories 2, 3, 4, and 5. Second, Plaintiff objected to the report of Defendant's expert witness and sought the appointment of an independent expert.

For the reasons discussed at today's conference, the Court rules as follows:

- Defendant is directed to respond to Plaintiff's Interrogatory 2 as to the restaurant Plaintiff visited at the time Plaintiff visited it;
- Plaintiff is directed to provide Defendant with information about the sources of the photographs of spice warning labels he has produced, including where those photographs were taken;
- Defendant is directed to respond to Plaintiff's Interrogatory 3, and must answer whether and where it previously displayed spice warning signs within the past three years and, if it did so, its reason for doing so;
- Plaintiff's request is denied with regard to Interrogatories 4 and 5;
- Plaintiff's request for the appointment of a neutral expert is denied, as is any other relief requested in relation to Defendant's expert.

Additionally, the parties are directed to submit a joint status letter by **June 27, 2025**, updating the Court on the status of expert discovery and stating whether either or both of the parties intends to move for summary judgment.

The Clerk of Court is respectfully directed to mail a copy of this order to the pro se plaintiff.

**SO ORDERED.**

Dated: May 27, 2025
　　　　New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge