# Law Offices of Shahab Katirachi

Employees of a Subsidiary of The Hartford Insurance Group, Inc.

PENN 1, One Pennsylvania Plaza
50th Floor / Suite 5003
New York, NY 10119

OFFICE:
Telephone (212) 553-8700
Facsimile (877) 369-5797

*Anthony Bianchi, Esq.*

Admitted in New York

Direct Dial:  (212) 553-8737
Email: Anthony.Bianchi@thehartford.com

June 26, 2025

**Via ECF**
Magistrate Judge Henry J. Ricardo
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Faycal Manz v. Restaurant Los Tacos No. 1
Docket No.: 1:24-CV-7457-DEH-HJR

Dear Magistrate Ricardo:

My firm represents the Defendant, LTN1 TIMES SQUARE, LLC d/b/a LOS TACOS 1 i/s/h/a RESTAURANT LOS TACOS NO. 1, in this matter. Pursuant to the Court's Order dated May 27, 2025 (*ECF Doc. 66*), the parties respectfully submit this joint status letter to update the Court on the status of discovery, including expert discovery, and to advise whether either party intends to move for summary judgment.

**Discovery Update:**
Defendant has served supplemental responses to Plaintiff's Interrogatories 2 and 3(g), in compliance with the Court's directive. Defendant has also exchanged the expert report of Dr. Jawad Ahmad. Plaintiff has not served a notice of any expert witness, nor has Plaintiff indicated an intent to depose Defendant's expert. Accordingly, Defendant believes that expert discovery is complete.

Regarding expert discovery, the Plaintiff has requested that the following statement be included: *"Plaintiff has not accepted the content of the expert testimony and will make a cross examination of the Defendant's expert during the trial."* Defendant objects to the inclusion of this comment on the grounds that it argumentative and not appropriate for a neutral joint status update.

**Summary Judgment:**
Plaintiff and Defendant intend to file motions for summary judgment.

**Other Outstanding Issues**:

Defendant further reserves its right to conduct a deposition of the Plaintiff's wife, Simone Stefanie Manz, identified as a witness by the Plaintiff in his Response to Defendant's First Set of Interrogatories and Notice to Produce dated February 27, 2025. Plaintiff has indicated that he does not intend to call his wife as a witness at the time of trial, but Defendant is reserving the right to proceed with Mrs. Manz deposition should the circumstances and intent by plaintiff change.

       Thank you for your attention to this matter.

Very truly yours,

*Anthony Bianchi*

Anthony Bianchi, Esq.

AB/ps

CC: All parties via ECF