```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/27/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAYCAL MANZ,

                Plaintiff,

-v-

RESTAURANT LOS TACOS NO. 1,

                Defendant.

**ORDER**

24-CV-7457 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint status report. ECF No. 69. All discovery is now closed.

The deadline to file and serve any motion for summary judgment is **July 29, 2025**. Opposition briefs are due **August 12, 2025**, and reply briefs are due **August 19, 2025**.

The Clerk of Court is respectfully directed to mail a copy of this order to the pro se plaintiff.

**SO ORDERED.**

Dated: June 27, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge