UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

FAYCAL MANZ,

                    Plaintiff,

-against-

RESTAURANT LOS TACOS NO. 1,

                    Defendants.

-------------------------------------------------------------------X

**NOTICE OF EXPERT WITNESS
DISCLOSURE PURSUANT TO
<u>CPLR §3101(d)</u>**

Civil Action No.: 24-CV-7457

      **PLEASE TAKE NOTICE** that the RESTAURANT LOS TACOS NO. 1, by their attorneys The Law Offices of Shahab Katirachi, as and for its Expert Disclosure, pursuant to CPLR 3101 (d), hereby reserve its right to call the following witness to testify at trial on their behalf:

# Dr. Jawad Ahmad
# Gastroenterology

      1. At the trial of this action the undersigned expects to call Dr. Jawad Ahmad, who is board-certified in Gastroenterology Surgery, as an expert witness.

      2. A copy of Dr. Ahmad's curriculum vitae is annexed hereto as **EXHIBIT "A".**

      3. The above-mentioned expert is expected to testify regarding the matters set forth in his report, which is annexed hereto as **EXHIBIT "B".** The expert may also testify as to his opinions with regard to his findings upon evaluation and testing of the plaintiff, review of the plaintiff's medical records and diagnostic films, deposition testimony as well as his opinions regarding the plaintiff's pre-existing conditions, the absence of causation, current state of physical health, disability, if any, prognosis and diagnosis. The expert may also testify in response to and/or rebuttal of any lay or expert witness testimony adduced at the time of trial and nay evidence submitted at the time of trial.

4. The expert will base his opinions upon his review of the pertinent medical care and treatment records of the plaintiff and diagnostic films. He will also base his opinions upon physical examination reports previously exchanged in the matter. The expert will base his opinions, in part, upon his evaluation and testing of the plaintiff. This expert will also rely upon all available pleadings, plaintiff's examination before trial transcripts, medical records and pertinent literature on the subject, as well as his training and expertise , generally, and upon any and all testimony and evidence introduced at the time of trail of this action.

PLEASE TAKE FURTHER NOTICE, that the defendants reserve the right to serve a further, and/or supplemental Response to Demand for Expert Witness Information should additional information become known at a later date.

Dated: New York, New York
        May 2, 2025

Yours, etc.

*Anthony Bianchi, Esq.*
LAW OFFICE OF SHAHAB KATIRACHI
Attorneys for Defendant
LTN1 TIMES SQUARE, LLC d/b/a LOS TACOS 1
i/s/h/a RESTAURANT LOS TACOS NO. 1
One Pennsylvania Plaza
50th Floor – Suite 5003
New York, NY 10119
Tel No.: (212) 553-8700
File No.: Y2ML55784-001 AB/lr

TO:
FAYCAL MANZ
Plaintiff Pro Se
Wolfeschle 6
Schemmerhofen, Germany 88433
Manz2010@gmx.ch

EXHIBIT   A

## CURRICULUM VITAE
### Jawad Ahmad M.D.. F.R.C.P.. F.A.A.S.L.D.

## APPOINTMENTS/EMPLOYMENT

### CURRENT POSITION
Professor of Medicine, Division of Liver Diseases, Icahn School of Medicine at Mount Sinai

### ACADEMIC APPOINTMENTS

| Date | Institution | Title |
|------|-------------|-------|
| Jul 01-Dec 01 | University of Pittsburgh School of Medicine | Clinical Assistant Professor of Medicine |
| Jan 02-July 09 | University of Pittsburgh School of Medicine | Assistant Professor of Medicine |
| Aug 09-June 15 | Icahn School of Medicine at Mount Sinai | Associate Professor of Medicine |
| July 15-present | Icahn School of Medicine at Mount Sinai | Professor of Medicine |

### HOSPITAL APPOINTMENTS

| Date | Institution | Title |
|------|-------------|-------|
| Aug 01-Dec 04 | Veterans Affairs Medical Center Pittsburgh, PA | Chief, GI Section Transplant Hepatologist |
| Aug 01-July 09 | University of Pittsburgh Medical Center | Attending Physician |
| Dec 06-July 09 | University of Pittsburgh Medical Center | Co-Medical Director of Liver Transplantation |

### EDUCATION

| Date | Institution | Degree |
|------|-------------|--------|
| 1986-89 | Royal Free Hospital School of Medicine University of London, Rowland Hill Street London, United Kingdom | 1st Class BSc (Hons) |
| 1989-92 | Royal Free Hospital School of Medicine University of London, Rowland Hill Street Distinction in Medicine and Pathology London, United Kingdom | MBBS (Hons) |

### POST-DOCTORAL TRAINING IN UK

| Date | Position and Specialty | Institution |
|------|------------------------|-------------|
| Aug 92-Jan 93 | House Physician General Medicine/Gastroenterology | Royal Free Hospital, London |

Jawad Ahmad MD

| Feb 93-Jul 93 | House Surgeon<br>Surgery and Urology | North Middlesex Hospital, London |
| Aug 93-Nov 93 | Senior House Officer<br>Gastroenterology | Hillingdon Hospital, Uxbridge, Middlesex |
| Dec 93-Mar 94 | Senior House Officer<br>Renal Medicine, Hematology,<br>HIV Medicine | Hillingdon Hospital, Uxbridge, Middlesex |
| Apr 94-Jun 94 | Senior House Officer<br>Cardiology | Harefield Hospital, Harefield, Middlesex |
| Feb 95-Jun 95 | Senior House Officer<br>Gastroenterology | St. George's Hospital, London |

## POST-DOCTORAL TRAINING IN USA

| Date | Institution | Program Director and Discipline |
| --- | --- | --- |
| Jul 95-Sep 95 | Intern<br>University Hospital at Stony Brook<br>State University of New York<br>Stony Brook, NY 11794 | Douglas Brand MD<br>Internal Medicine |
| Oct 95-Dec 97 | Resident<br>University Hospital at Stony Brook<br>State University of New York<br>Stony Brook, NY 11794 | Douglas Brand MD<br>Internal Medicine |
| Jan 98-Jun 98 | Chief Medicine Resident<br>University Hospital at Stony Brook<br>State University of New York<br>Stony Brook, NY 11794 | Douglas Brand MD<br>Internal Medicine |
| Jul 98-Jun 00 | Fellow<br>University of Pittsburgh Medical Center<br>Pittsburgh, PA 15213 | Arnold Wald MD<br>Gastroenterology and Hepatology |
| Jul 00-Jun 01 | Chief Fellow<br>University of Pittsburgh Medical Center<br>Pittsburgh, PA 15213 | Arnold Wald MD<br>Gastroenterology and Hepatology |

## CERTIFICATION

|  | Year |
| --- | --- |
| The General Medical Council (United Kingdom) | 1992 |
| The Royal College of Physicians | 1996 |
| American Board of Internal Medicine | 1997 |
| American Board of Internal Medicine, Gastroenterology | 2001 |
| American Board of Internal Medicine, Transplant Hepatology | 2006 |
| American Board of Internal Medicine, Recertification | 2007 |
| Fellowship of the Royal College of Physicians | 2009 |
| American Board of Internal Medicine, Gastroenterology Recertification | 2010 |
| Fellow of the American Association for the Study of Liver Diseases | 2014 |
| American Board of Internal Medicine, Transplant Hepatology Recertification | 2016 |
| American Board of Internal Medicine, Gastroenterology Recertification | 2021 |

## LICENSURE

| Licensing Board/State | Number | Year |
|---|---|---|
| United States Medical Licensing Examination | 0-490-237-5 | 1995 |
| Commonwealth of Pennsylvania | MD-065205-L | 1998 |
| State of New York | 253593 | 2009 |

## HONORS/AWARDS

| Award | Year |
|---|---|
| Certificate of Merit in Physiology | 1987 |
| Edith Pechey Phipson Prize in Pharmacology | 1988 |
| Mrs George M Smith Prize in Second Year Subjects | 1988 |
| Medical Research Council Intercalated Award | 1988 |
| Michael Frowen Memorial Essay Prize | 1991 |
| The Medical Society of London Elective Award | 1991 |
| Roussel Laboratories Limited Elective Award | 1991 |
| British Medical and Dental Students Trust Award | 1991 |
| Fison's Pharmaceuticals Award | 1991 |
| Certificate of Merit in Genitourinary Medicine | 1991 |
| Frances White Memorial Prize (Distinction in Final MBBS) | 1992 |
| Gwendolen Lynn Memorial Prize and Medal in Surgery | 1992 |
| Kenneth Hill Memorial Prize and Medal in Pathology | 1992 |
| ICI Pharmaceuticals (UK) Limited Prize and Medal in Pharmacology and Therapeutics | 1992 |
| Teacher of the Year Award, Division of Gastroenterology, Hepatology and Nutrition, University of Pittsburgh | 2006 |

## PATENTS

None

## OTHER PROFESSIONAL ROLES

University of Pittsburgh School of Medicine Committees
1. Education and Training Taskforce Committee, Division of Gastroenterology, Hepatology & Nutrition, 2000-03.
2. Clinical Practice Taskforce Committee, Division of Gastroenterology, Hepatology & Nutrition, 2001-03.
3. Clinical Directors Committee, Division of Gastroenterology, Hepatology & Nutrition, 2001-03.
4. Adverse Events Committee VA Pittsburgh Healthcare System, 2002-2004.
5. Selection Committee for Liver Transplantation, Starzl Transplantation Institute, July 2001-July 2009.
6. University of Pittsburgh Institutional Review Board member, August 2007-July 2009.

Icahn School of Medicine at Mount Sinai Committees
1. Selection Committee for Liver Transplantation.
2. Selection Committee for Live Donor Liver Transplantation.
3. Internal Medicine Intern Selection Committee 2010-16.

Professional Societies
American College of Physicians- Associate Member 1995-8
American College of Gastroenterology- Trainee Member 1998-00
American Gastroenterological Association- Trainee Member 1999-00
American Society of Gastrointestinal Endoscopy- Member 2017-2020
American Society of Transplantation- Member 2005-2015
Digestive Diseases Week Abstract Reviewer, 2011, 2014-2020
American Association for the Study of Liver Diseases Practice Guidelines Committee- Member 2014-16
*BMC Gastroenterology*- Associate Editor- 2012-2017

**American Association for the Study of Liver Diseases**
Regular Member 2003-present
Clinical Research Committee- Member 2009-11
Abstract Reviewer, June 2009-2020
Practice Guidelines Committee- Member 2014-16
Course Director- AASLD/ASGE Endoscopy Course November 12, 2021

American Society of Gastrointestinal Endoscopy
GESAP IX Faculty 2018
GESAP X Faculty 2021
GESAP XI Faculty 2024

Drug Induced Liver Injury Network
Steering Committee- Member 2013-2023
Causality Committee- Member 2013-2023
Ancillary studies/publication Committee- Member 2014-2023
Recruitment and Retention Committee- Co-Chair 2014-2023

## RESEARCH PROFILE

My previous research centered on the management of hepatitis C in the US veteran population, disparities in liver transplantation and liver transplantation for non-alcoholic fatty liver disease. I was part of two large multi-center Veterans' Affairs studies that demonstrated the incidence of hepatitis C in the veteran population was three times the general population and the reasons for the poor outcomes after treating hepatitis C. We published the first paper to describe in detail the risk factors for poor outcome after transplant in patients with fatty liver disease and also the risk factors for recurrence of fatty liver. These seminal articles demonstrated that older age and medical comorbidities should caution against liver transplant in this population. My current research interests are focused on drug induced liver injury (DILI) as part of a UO1 grant for the NIH sponsored DILI Network. This has led to several important findings including the role of liver biopsy in the diagnosis of DILI. The importance in excluding acute hepatitis C in suspected DILI and the emerging role of herbal and dietary supplements in leading to liver injury.

## CLINICAL PROFILE

I previously served as transplant hepatologist and gastroenterologist in Pittsburgh for almost 10 years. I currently serve as a transplant hepatologist at Mount Sinai and see several thousand different patients on an annual basis in an outpatient and inpatient setting. I manage every type of liver disease patient including viral hepatitis, autoimmune disease, cirrhosis and post-liver transplant. My referral base includes the entire tri-state area. Since joining the Division of Liver Diseases at Mount Sinai in 2009 I started a new ERCP service that was previously only provided by the Division of Gastroenterology. This has been highly successful, with more than 200 procedures a year, the highest number of any physician in Mount Sinai. Our complication rate is significantly lower than the published data and includes procedures on very sick patients, before and after liver transplant. The service has expanded to also include patients under the care of surgical and medical oncology. In conjunction with the therapeutic endoscopy service in the division of gastroenterology I am involved in the training of the advanced endoscopy fellow.

## IMPACT

The studies concerning fatty liver disease and liver transplant outcomes have led to more consideration prior to transplanting these individuals. Our current involvement in the DILI network has already enhanced the number of patients enrolled and increased visibility of ethnic minorities that were under-represented in the network previously. My clinical activity at Mount Sinai has centered on providing transplant hepatology care but more

importantly to function as the only hepatologist among a group of fourteen physicians to offer a therapeutic endoscopy service. I am also an integral part of the faculty for the advanced endoscopy fellowship.

## GRANTS, CONTRACTS, FOUNDATION SUPPORT

## PAST GRANTS

| List Funding Source, Project Title & Number | Role in Project | Dates | Direct Costs | Supplemental Info |
|---|---|---|---|---|
| VA HCV-001<br>Hepatitis C treatment candidacy and outcomes among US Veterans<br>VA National States HIV/Hepatitis Program<br>Schering Plough Corp. | Site PI | 2001-2 | N/A | N/A |
| VA CSP#488<br>Prevalence of Hepatitis C Infection in Users of United States Veterans' Medical Centers<br>Veterans Cooperative Studies Program Department | Site PI | 2001-3 | N/A | N/A |
| NIH/NIDDK<br>1U01DK100928-01<br>Mount Sinai Regional Drug Induced Liver Injury Network | Co-Primary Investigator | 7/1/13-6/30/18 | $950,000 total<br>$190,000 per year<br>15% salary support | |
| NIH/NIDDK<br>1U01DK100928-01<br>Mount Sinai Regional Drug Induced Liver Injury Network | Co-Primary Investigator | 7/1/18-6/30/23 | $1,250,000 total<br>$250,000 per year<br>15% salary support | |

## CLINICAL TRIALS PARTICIPATION

| Project | Role in Project | Dates | Award | Other Info |
|---|---|---|---|---|
| A MultiCenter, Double-Blind, Randomized, Controlled Study to Determine the Safety and Pharmacokinetics of Ifetroban Injection in Hepatorenal Syndrome<br>Cumberland Pharmaceuticals Inc<br>IF1634896 | PI | 4/1/13-present | NA | Multi-center<br>Level III |
| Mount Sinai Regional Drug Induced Liver Injury Network Site<br>NIH/NIDDK<br>IF1644070 | Co-PI | 6/1/13-present | $950,000 | Multi-Center<br>5 center consortium |

| | | | | |
|---|---|---|---|---|
| A Multi-Center, Randomized, Prospective, Open-Label Phase III Study to Evaluate the Efficacy, Safety and Pharmacokinetics of Hepatitis C Immune Globulin Intravenous (Human), Civacir™, in Orthotopic Liver Transplant Recipients IF1646138 | Co-Investigator | 4/30/14– present | NA | Level III |
| A Phase 2b, Dose-Ranging, Randomized, Double-Blind, Placebo-Controlled Trial Evaluating the Safety and Efficacy of GS-6624, a Monoclonal Antibody Against Lysyl Oxidase Like 2 (LOXL2) in Subjects with Primary Sclerosing Cholangitis (PSC) IF1639024 | Co-investigator | 4/16/14– present | NA | Level II |
| An Open-Label Study to Explore the Clinical Efficacy of GS-7977 with Ribavirin Administered Pre-Transplant in Preventing Hepatitis C Virus (HCV) Recurrence Post-Transplant (P7977-2025) IF1630146 | Co-investigator | 3/14/14– present | NA | Level II |
| An Expanded Access Phase 2 Study of Sofosbuvir with Ribavirin and with or without Pegylated Interferon for 24 weeks in Subjects who have undergone Liver Transplantation and Who Have Aggressive, Recurrent Hepatitis C infection IF1628552 | Co-investigator | 3/5/14– present | NA | Level II |
| A Phase II, Randomized, Multicenter Placebo-Controlled Blinded Study of Sorafenib Adjuvant Therapy in High Risk Orthotopic Liver Transplant (OLT) Recipients with Hepatocellular Carcinoma (HCC) IF1624942 | Co-investigator | 3/3/14– present | NA | Level II |
| Multicenter, Randomized Phase 2B Study to Evaluate the Efficacy, Safety and Tolerability of OCR-002 (ornithine phenylacetate) in Hospitalized Patients with Cirrhosis and Associated Hyperammonemia with an Episode of Hepatic Encephalopathy (STOP-HE Study) Protocol OCR002-HE209 IF1618108 | Co-investigator | 2/5/14– present | NA | Level II |
| A 2-Part, Open-Label Study of Telaprevir in Combination with Peginterferon Alfa-2a (Pegasys®) and Ribavirin (Copegus®) in Subjects Chronically Infected with Genotype 1 Hepatitis C Virus Following Liver Transplantation IF1639214 | Co-investigator | 4/7/14– present | NA | Level II |

| A Multicenter, Double-Blind, Placebo Controlled Study to Evaluate the Safety, Tolerability and Efficacy of IDN-6556 in Subjects with Liver Cirrhosis | PI | 10/10/14–2019 | NA | Multi-center Level III |
|---|---|---|---|---|
| A Phase 2 Proof of Concept Study Investigating the Preliminary Efficacy and Safety of Cenicriviroc in Adult Subjects with Primary Sclerosing Cholangitis (PSC) | PI | 5/1/16–19 | NA | Multi-center Level II |
| Cilofexor and Firsocostat, Alone and in Combination, in Subjects with Compensated NASH Cirrhosis | PI | 2022–present | NA | Multi-center Level II |

## **TRAINEES**

Trainees in the Icahn School of Medicine at Mount Sinai Advanced Endoscopy Fellowship.
My role is in training therapeutic ERCP with supervision of more than half of all of their cases.

| Date | Fellow | Current Position |
|---|---|---|
| July 2012–June 2013 | Sandeep Krishnan, M.D. | Director of Therapeutic Endoscopy, St. Elizabeth's Hospital, Boston, MA |
| July 2013–June 2014 | Anoop Prabhu, M.D. | Assistant Professor of Medicine, University of Michigan School of Medicine, Ann Arbor, MI |
| July 2014–June 2015 | Dennis Yang, M.D. | Assistant Professor of Medicine, University of Florida, Gainesville, Fl |
| July 2015–June 2016 | Brian Riff, M.D. | Private Practice, California |
| July 2016–June 2017 | Samir Kapadia, M.D. | Private Practice, California |
| July 2017–June 2018 | Zachary Zator, M.D. | Private Practice, Pennsylvania |
| July 2018–June 2019 | Habeeb Salameh, M.D. | Private Practice, Texas |
| July 2019–June 2020 | Antonio Cheeseman, M.D. | Assistant Professor of Medicine, St Louis University, St Louis, MI |
| July 2020–June 2021 | Nicholas Hoerter, M.D. | Assistant Professor of Medicine, Icahn School of Medicine at Mount Sinai |
| July 2021- June 2022 | Yakira David, M.D. | Private Practice, Minnesota |
| July 2022- June 2023 | Deepika Satish, M.D. | Private Practice, Texas |
| July 2023–June 2024 | Yousaf Hadi, M.D. | |

## **TEACHING ACTIVITIES**

| Teaching Activity/Topic | Level | Role | Level and Number of Learners taught, and Venue | Number of hours | Evaluation Summary | Years Taught |
|---|---|---|---|---|---|---|
| 2nd Year Digestion and Nutrition Course | Medical school course | Lecturer | Students (100) | 2 hrs/year | Excellent | 2000-3 |
| 2nd Year Digestion and Nutrition Course | Medical school course | PBL facilitator | Students (12) | 6 hrs/year | Excellent | 2000-2 2007 |

| | | | | | | |
|---|---|---|---|---|---|---|
| GI & Hepatology CME program | Medical School | Moderator | All providers (40) | 3 hrs/year | Excellent | 2001 |
| State of the Art Lecture Series | Department level | Lecturer | Residents/ fellows (20) | 2 hrs/year | Excellent | 2003-2008 |
| GI & Hepatology CME program | Medical School | Lecturer | All providers (40) | 3 hrs/year | Excellent | 2003,2005-6, 2008 |
| Medical Residency Core Lecture Series | Medical School | Lecturer | Residents/ fellows (100) | 2 hrs/year | Excellent | 2007-9 |
| Gastroenterology Grand Rounds | Department level | Lecturer | All providers (40) | 1 hr/year | Excellent | 2007- |
| Inpatient Rounds | Department level | Teaching/a ttending | Residents/ fellows (2-5) | 4-6 months/ye ar | Excellent | 2001-present |
| GI & Hepatology CME program | Medical School | Course Director | All providers (40) | 3 hrs/year | Excellent | 2008 |
| Outpatient Clinic | Department level | Teaching/a ttending | Residents/ fellows (2-5) | 4-6 months/ye ar | Excellent | 2001-present |
| Hospital Based Rounds for the Art and Science of Medicine I | Medical school | Lecturer | Students (15) | 1 hr | Excellent | 2009 |
| 1st Year Bench to Bedside Course | Medical school | Lecturer | Students (12) | 1 hr | Excellent | 2010 |
| Hospital Based Rounds for the Art and Science of Medicine I | Medical school | Lecturer | Students (15) | 1 hr | Excellent | 2010 |
| Medical Residency Core Lecture Series | Medical School | Lecturer | All providers (50) | 1 hr | Excellent | 2010 |
| 1st Year Bench to Bedside Course | Medical school | Lecturer | Students (12) | 1 hr | Excellent | 2011 |
| Hospital Based Rounds for the Art and Science of Medicine I | Medical school | Lecturer | Students (15) | 1 hr | Excellent | 2011 |
| Science in the City. Hepatology Update. CME program | Medical School | Course Director | All providers (132) | 7hrs/year | Very good | 2011 |
| Hospital Based Rounds for the Art and Science of Medicine I | Medical school | Lecturer | Students (15) | 1 hr | Excellent | 2012 |
| Science in the City. Hepatology Update. CME program | Medical School | Course Director | All providers (125) | 7hrs/year | Very good | 2012 |
| Icahn School of Medicine at Mount Sinai Intensive Review in Gastroenterology and Hepatology | Medical School | Course Director | All providers (122) | 24hrs/year | Very good | 2013 |
| Hospital Based Rounds for the Art and Science of | Medical school | Lecturer | Students (10) | 1 hr | Excellent | 2013 |

| Medicine I | | | | | | |
|---|---|---|---|---|---|---|
| Science in the City. Hepatology Update. CME program | Medical School | Course Director | All providers (125) | 7hrs/year | Very good | 2013 |
| Icahn School of Medicine at Mount Sinai Intensive Review in Gastroenterology and Hepatology | Medical School | Course Director | All providers (143) | 24hrs/year | Very good | 2014 |
| Hospital Based Rounds for the Art and Science of Medicine I | Medical school | Lecturer | Students (10) | 1 hr | Very good | 2014 |
| Science in the City. Hepatology Update. CME program | Medical school | Course Director | All providers (125) | 7hrs/year | Excellent | 2014 |
| Icahn School of Medicine at Mount Sinai Gastroenterology and Liver Course | Medical School | Lecturer | 2nd year Medical Students (100) | 1 hr | Very good | 2015 |
| Icahn School of Medicine at Mount Sinai Intensive Review in Gastroenterology and Hepatology | Medical School | Course Director | All providers (100) | 24hrs/year | Very good | 2015 |
| Science in the City. Hepatology Update. CME program | Medical school | Course Director | All providers (87) | 7hrs/year | Very good | 2015 |
| Icahn School of Medicine at Mount Sinai Intensive Review in Gastroenterology and Hepatology | Medical School | Course Director | All providers (100) | 24hrs/year | Very good | 2016 |
| Science in the City. Hepatology Update. CME program | Medical school | Course Director | All providers (62) | 7hrs/year | Very good | 2016 |
| Icahn School of Medicine at Mount Sinai Intensive Review in Gastroenterology and Hepatology | Medical School | Course Director | All providers (100) | 24hrs/year | Very good | 2017 |
| Science in the City. Hepatology Update. CME program | Medical school | Course Director | All providers (71) | 7hrs/year | Very good | 2017 |
| Icahn School of Medicine at Mount Sinai Intensive Review in Gastroenterology and Hepatology | Medical School | Course Director | All providers (100) | 24hrs/year | Very good | 2018 |

| Science in the City. Hepatology Update. CME program | Medical school | Course Director | All providers (85) | 7hrs/year | Very good | 2018 |
|---|---|---|---|---|---|---|
| Icahn School of Medicine at Mount Sinai Intensive Review in Gastroenterology and Hepatology | Medical School | Course Director | All providers (112) | 24hrs/year | Very good | 2019 |
| Science in the City. Hepatology Update. CME program | Medical school | Course Director | All providers (55) | 7hrs/year | Very good | 2019 |
| Icahn School of Medicine at Mount Sinai Intensive Review in Gastroenterology and Hepatology | Medical School | Course Director | All providers (88) | 24hrs/year | Very good | 2020 |
| AASLD/ASGE Endoscopy Course | International Society | Course Director | | 20 hours | | 2021 |
| Science in the City. Hepatology Update. CME program | Medical school | Course Director | All providers (65) | 7hrs/year | Very good | 2023 |

## ADMINSTRATIVE LEADERSHIP APPOINTMENTS

Chief of GI Section, VA Pittsburgh Healthcare System. August 2001-Dec 2004.
Initiatives:
1. Successful in dramatically reducing the waiting time for routine outpatient procedures that had far exceeded VA guidelines.
2. Introduced a pilot screening colonoscopy program in the VAPHS that has subsequently been expanded to include all eligible patients in the region, eliminating the need for flexible sigmoidoscopy.
3. Reduced the waiting time in the GI clinic to the national VA standard of less than 30 days by incorporating a physician extender to follow-up on routine pathology results after GI procedures, eliminating the need for a clinic visit, and physician screening of outpatient consults so that unnecessary consults could be discontinued and patients brought straight to the GI laboratory for routine procedures that otherwise would have occupied a clinic appointment.

## PUBLICATIONS

Peer Reviewed Original Contributions

1. *Recurrent hepatitis C after liver transplantation a nonrandomized trial of interferon alfa alone versus interferon alfa and ribavirin*. **J Ahmad**, AO Shakil, HE Vargas, JJ Fung, SF Dodson, Liver Transplantation 2001;7:863-869.
2. *A randomized, double-blind, placebo-controlled trial of interferon-alfa and amantadine versus interferon-alfa alone in the treatment of chronic hepatitis C*. **J Ahmad**, AO Shakil, V Balan, H Vargas, K Gartner, J Rakela. Dig Dis Sci 2002;47:1655-1666.
3. *Efficacy of Ultraflex Diamond stents for palliation of malignant biliary obstruction*. **J Ahmad**, E Siqueira, J Martin, A Slivka, Endoscopy 2002;34:793-796,
4. *Endoscopic balloon dilation of gastroenteric anastomotic stricture after laparoscopic gastric bypass*. **J Ahmad**, P Schauer, S Ikramuddin, J Martin, A Slivka. Endoscopy 2003;35:725-728.

5. *Reasons for non-treatment of hepatitis C in veterans in care.* A Butt, M Wagener, AO Shakil, **J Ahmad**. J Viral Hepat 2005;12:81-85.
6. *Elevated Prevalence of Hepatitis C Infection in Users of United States Veterans Medical Centers.* Dominitz JA, Boyko EJ, Koepsell TD, Heagerty PJ, Maynard C, Sporleder JL, Stenhouse A, Kling MA, Hrushesky W, Zeilman C, Sontag S, Shah N, Ona F, Anand B, Subik M, Imperiale TF, Nakhle S, Ho SB, Bini EJ, Lockhart B, **Ahmad J**, Sasaki A, van der Linden B, Toro D, Martinez-Souss J, Huilgol V, Eisen S, Young KA. VA Cooperative Study #488 Investigators. Hepatology 2005;41:88-96. Data acquisition, drafting or revising critically important intellectual content.
7. *The effects of hepatic artery chemotherapy on viral hepatitis in patients with hepatocellular carcinoma.* **J Ahmad**, J Rhee, B Carr. Dig Dis Sci 2005;50:331-335.
8. *Prospective multicenter study of eligibility for antiviral therapy among 4,084 U.S. Veterans with chronic hepatitis C virus infection.* Bini EJ, Brau N, Currie S, Shen H, Anand BS, Hu KQ, Jeffers L, Ho SB, Johnson D, Schmidt WN, King P, Cheung R, Morgan TR, Awad J, Pedrosa M, Chang KM, Aytaman A, Simon F, Hagedorn C, Moseley R, **Ahmad J**, Mendenhall C, Waters B, Strader D, Sasaki AW, Rossi S, Wright TL. Am J Gastroenterol 2005;100:1772-1779. Data acquisition, drafting or revising critically important intellectual content.
9. *Chronic Hepatitis C in Latinos: Natural History, Treatment Eligibility, Acceptance, and Outcomes.* Ramsey C. Cheung, Sue Currie, Hui Shen, Samuel B. Ho, Edmund J. Bini, Bhupinderjit S. Anand, Norbert Bräu, Teresa L. Wright, for the **VA HCV-001 Study Group**. Am J Gastroenterol 2005;100:2186-2193. Data acquisition, drafting or revising critically important intellectual content.
10. *Black patients with chronic hepatitis C have a lower sustained viral response rate than non-Blacks with genotype 1, but the same with genotypes 2/3, and this is not explained by more frequent dose reductions of interferon and ribavirin.* N Brau, EJ Bini, S Currie, H Shen, WN Schmidt, PD King, SB Ho, RC Cheung, KQ Hu, BS Anand, FR Simon, A Aytaman, DP Johnson, JA Awad, **J Ahmad**, CL Mendenhall, MC Pedrosa, RH Moseley, CH Hagedorn, B Waters, KM Chang, TR Morgan, SJ Rossi, LJ Jeffers, TL Wright, **The VA-HCV-001 Study Group**. J Viral Hepat 2006;13:242-249. Data acquisition, drafting or revising critically important intellectual content.
11. *Alcohol use and treatment of hepatitis C virus: results of a national multicenter study.* Anand BS, Currie S, Dieperink E, Bini EJ, Shen H, Ho SB, Wright T, **VA-HCV-001 Study Group.** Gastroenterology 2006;130:1607-16. Data acquisition, drafting or revising critically important intellectual content.
12. *National Multicenter Study of HIV Testing and HIV Seropositivity in Patients With Chronic Hepatitis C Virus Infection.* Bini E, Currie S, Shen H, Brau N, Schmidt W, Anand B, Cheung R, Wright T, **VA HCV-001 Study Group**. J Clin Gastro 2006;40:732-739. Data acquisition, drafting or revising critically important intellectual content.
13. *Hepatitis C Treatment Candidacy and Outcomes Among 4318 US Veterans With Chronic Hepatitis C Virus Infection: Does a History of Injection Drug Use Matter?* Seal KH, Currie SL, Shen H, Anand BS, Bini EJ, Brau N, Jeffers L, Wright TL; For the **VA HCV-001 Study Group**. J Clin Gastroenterol. 2007;41:199-205. Data acquisition, drafting or revising critically important intellectual content.
14. *Clinical implications of hepatic steatosis in patients with chronic hepatitis C: a multicenter study of U.S. Veterans.* Hu KQ, Currie SL, Shen H, Cheung RC, Ho SB, Bini EJ, McCracken JD, Morgan T, Brau N, Schmidt WN, Jeffers L, Wright TL; for the **VA HCV-001 Study Group**. Dig Dis Sci 2007;52:570-8. Data acquisition, drafting or revising critically important intellectual content.
15. *Differences in access to liver transplantation: Disease severity, waiting time, and transplantation center volume.* **J Ahmad**, C Bryce, T Cacciarelli, M Roberts. Ann Intern Med 2007;146:707-13.
16. *Biochemical and virologic parameters in patients co-infected with hepatitis C and HIV versus patients with hepatitis C mono-infection.* A Butt, J Tsevat, **J Ahmad**, AO Shakil, J Mrus. Am J Med Sci 2007;333:271-5. Data acquisition, data analysis and interpretation, drafting or revising critically important intellectual content.
17. *Impact of the MELD score on waiting time and disease severity in liver transplantation in United States Veterans.* **J Ahmad**, K Downey, M Akoad, T Cacciarelli. Liver Transplantation 2007;13:1564-9.
18. *Treatment Eligibility and Outcomes in Elderly Patients with Chronic Hepatitis C: Results from the VA HCV-001 Study.* Tsui JI, Currie S, Shen H, Bini EJ, Brau N, Wright TL; For the **VA HCV-001 Study group**. Dig Dis Sci 2008;53:809-14. Data acquisition, drafting or revising critically important intellectual content.
19. *Can we predict the degree of fibrosis in chronic hepatitis C patients using routine blood tests in our daily practice?* Cheung R, Currie S, Shen H, Bini E, Anand B, Hu K, Wright T, Morgan T, **VA HCV-001 Study group**. J Clin Gastroenterol 2008;42:827-34. Data acquisition, drafting or revising critically important intellectual content.

20. *Comparative Performance of Uncoated Self-Expanding Metal Biliary Stents (SEMS) of Different Designs in Two Diameters: Final Results of an International Multi-center Randomized Controlled Trial (RCT).* B Loew, D Howell, M Sanders, D Desilets, P Kortan, G May, R Shah, Y Chen, W Parsons, R Hawes, P Cotton, A Slivka, **J Ahmad**, G Lehman, S Sherman, H Neuhaus, B Schumacher, GI Endoscopy 2009;70:445-53. Data acquisition, drafting or revising critically important intellectual content.

21. *Outcome after Liver Transplantation for NASH Cirrhosis.* Malik S, de Vera M, Fontes P, Shaikh O, **Ahmad J**. Am J Transplant 2009;9:782-93.

22. *Outcomes following Liver Transplantation in Patients with Non-alcoholic Steatohepatitis- related Hepatocellular Carcinoma.* S Malik, P Gupte, M de Vera, **J Ahmad**. Clin Gastroenterol Hepatol 2009;7:800-6.

23. *Recurrent Disease Following Liver Transplantation for non-alcoholic steatohepatitis cirrhosis.* Malik S, de Vera M, Fontes P, Shaikh O, Sasatomi E, **Ahmad J**. Liver Transplantation 2009;15:1843-51.

24. *Spontaneous Bacterial Peritonitis Prior to Liver Transplantation Does Not Affect Patient Survival.* Mounzer R, Malik SM, Nasr J, Madani B, de Vera ME, **Ahmad J**. Clin Gastroenterol Hepatol. 2010;8:623-628.

25. *Hepatitis C recurrence is not adversely affected by the use of donation after cardiac death liver allografts.* Tao R, Ruppert K, Cruz RJ Jr, Malik SM, Shaikh O, **Ahmad J**, DiMartini A, Humar A, Fontes PA, de Vera ME. Liver Transplantation 2010;16:1288-95. Data acquisition, data analysis and interpretation, drafting or revising critically important intellectual content.

26. *Post- Transplant Biliary Complications in the pre and post-MELD era.* V Sundaram, D Jones, N Shah, M de Vera, P Fontes, J Marsh, A Humar, **J Ahmad**. Liver Transplantation 2011;17:428-35.

27. *Medical management of hepatorenal syndrome.* Davenport A, **Ahmad J**, Al-Khafaji A, Kellum JA, Genyk YS, Nadim MK, Nephrol Dial Transplant 2012;27:34-41. Drafting or revising critically important intellectual content.

28. *Telaprevir Activity in Treatment-Naïve Patients Infected with Hepatitis C Virus Genotype 4.* Sefcik RK, Bichoupan K, Martel-Laferrière V, Odin JA, Liu LU, Perumalswami P, Bansal M, Dieterich DT, **Ahmad J**, Schiano TD, Branch AD. J Infect Dis. 2014;210:1855-6. Drafting or revising critically important intellectual content.

29. *Utility of the low-accelerating-dose regimen in 182 liver recipients with recurrent hepatitis C virus.* Lim KB, Sima HR, Fiel MI, Khaitova V, Doucette JT, Chernyiak M, **Ahmad J**, Bach N, Chang C, Grewal P, Kim-Schluger L, Liu L, Odin J, Perumalswami P, Florman SS, Schiano TD, World J Gastroenterol, 2015;21:6236-45. Drafting or revising critically important intellectual content.

30. *Features and Outcomes of 899 Patients With Drug-Induced Liver Injury: The DILIN Prospective Study.* Chalasani N, Bonkovsky HL, Fontana R, Lee W, Stolz A, Talwalkar J, Reddy KR, Watkins PB, Navarro V, Barnhart H, Gu J, Serrano J; **United States Drug Induced Liver Injury Network.** Gastroenterology 2015;148:1340-1352 Drafting or revising critically important intellectual content.

31. *Endoscopic and histological features of mycophenolate mofetil colitis in patients after solid organ transplantation.* Calmet FH, Yarur AJ, Pukazhendhi G, **Ahmad J**, Bhamidimarri KR. Ann Gastroenterol. 2015 Jul-Sep;28(3):364-371. Drafting or revising critically important intellectual content.

32. *Variation in learning curves and competence for ERCP among advanced endoscopy trainees using cumulative sum analysis.* Wani S, Hall M, Wang AY, DiMaio CJ, Muthusamy VR, Keswani RN, Brauer BC, Easler JJ, Yen RD, El Hajj I, Fukami N, Ghassemi KF, Gonzalez S, Hosford L, Hollander TG, Wilson R, Kushnir VM, **Ahmad J**, Murad F, Prabhu A, Watson RR, Strand DS, Amateau SK, Attwell A, Shah RJ, Early D, Edmundowicz SA, Mullady D. Gastrointest Endosc. 2015 Oct 26. [Epub ahead of print]. Drafting or revising critically important intellectual content.

33. *Hepatic decompensation/serious adverse events in post-liver transplantation recipients on sofosbuvir for recurrent hepatitis C virus.* Patel N, Bichoupan K, Ku L, Yalamanchili R, Harty A, Gardenier D, Ng M, Motamed D, Khaitova V, Bach N, Chang C, Grewal P, Bansal M, Agarwal R, Liu L, Im G, Leong J, Kim-Schluger L, Odin J, **Ahmad J**, Friedman S, Dieterich D, Schiano T, Perumalswami P, Branch A. World J Gastroenterol. 2016;22:2844-54. Drafting or revising critically important intellectual content.

34. *Severe Acute Hepatocellular Injury Attributed to OxyELITE Pro: A Case Series.* Heidemann LA, Navarro VJ, **Ahmad J**, Hayashi PH, Stolz A, Kleiner DE, Fontana RJ. Dig Dis Sci. 2016 May 3. [Epub ahead of print]. Drafting or revising critically important intellectual content.

35. *Idiosyncratic Drug Induced Liver Injury in African-Americans Is Associated With Greater Morbidity and Mortality Compared to Caucasians.* Chalasani N, Reddy KRK, Fontana RJ, Barnhart H, Gu J, Hayashi PH, **Ahmad J**, Stolz A, Navarro V, Hoofnagle JH. Am J Gastroenterol 2017 Aug 1: [Epub ahead of print]. Drafting or revising critically important intellectual content.

36. *Identification and Characterization of Fenofibrate-Induced Liver Injury.* **Ahmad J**, Odin JA, Hayashi PH, Chalasani N, Fontana RJ, Barnhart H, Cirulli ET, Kleiner DE, Hoofnagle JH. Dig Dis Sci. 2017 Nov 8. doi: 10.1007/s10620-017-4812-7. [Epub ahead of print]. Drafting or revising critically important intellectual content.

37. *Sclerosing Cholangitis Like Changes on Magnetic Resonance Cholangiography in Patients with Drug Induced Liver Injury.* **Ahmad J**, Rossi S, Rodgers SK, Ghabril M, Fontana RJ, Stolz A, Hayashi PH, Barnhart H, Kleiner DE, Bjornsson ES. Clin Gastroenterol Hepatol. 2018 Jun 29. pii: S1542-3565(18)30692-X. doi: 10.1016/j.cgh.2018.06.035. [Epub ahead of print]. Drafting or revising critically important intellectual content.

38. *Incidence of Recurrent NASH-Related Allograft Cirrhosis.* Kakar S, Dugum M, Cabello R, Humar A, **Ahmad J**, Malik SM. Dig Dis Sci. 2018 Dec 17. doi: 10.1007/s10620-018-5413-9. [Epub ahead of print]. Drafting or revising critically important intellectual content.

39. *Real World Experience of Drug Induced Liver Injury in Patients Undergoing Chemotherapy*, Azad A, Chang P, Devuni D, Bichoupan K, Kesar V, Branch AD, Oh WK, Galsky MD, **Ahmad J**, Odin JA. J Clin Gastroenterol Hepatol 2018;2(3).pii: 18. doi: 10.21767/2575-7733.1000047. Epub 2018 Sep 14. Drafting or revising critically important intellectual content.

40. *Importance of Hepatitis C Virus RNA Testing in Patients with Suspected Drug-Induced Liver Injury*. **Ahmad J**, Reddy KR, Tillmann HL, Hayashi PH, Chalasani N, Fontana RJ, Navarro VJ, Stolz A, Barnhart H, Cloherty GA, Hoofnagle JH. Dig Dis Sci 2019;64:2645-2652. Drafting or revising critically important intellectual content.

41. *The Contents of Herbal and Dietary Supplements Implicated in Liver Injury in the United States Are Frequently Mislabeled*. Navarro V, Avula B, Khan I, Verma M, Seeff L, Serrano J, Stolz A, Fontana R, **Ahmad J**. Hepatol Commun 2019;3:792-794. Drafting or revising critically important intellectual content.

42. *Primary sclerosing cholangitis: diagnostic performance of MRI compared to blood tests and clinical scoring systems for the evaluation of histopathological severity of disease.* Song C, Lewis S, Kamath A, Hectors S, Putra J, Kihira S, Bane O, **Ahmad J**, Babb J, Thung S, Taouli B. Abdominal Radiology 2020;45:354-364. Drafting or revising critically important intellectual content.

43. *United States Pharmacopeia (USP) Comprehensive Review of the Hepatotoxicity of Green Tea Extracts.* Oketch-Rabah HA, Roe AL, Rider CV, Bonkovsky HL, Giancaspro GI, Navarro V, Paine MF, Betz JM, Marles RJ, Casper S, Gurley B, Jordan SA, He K, Kapoor MP, Rao TP, Sherker AH, Fontana RJ, Rossi S, Vuppalanchi R, Seeff LB, Stolz A, **Ahmad J**, Koh C, Serrano J, Dog TL, Ko R. Toxicology Reports (2020), doi: https://doi.org/10.1016/j.toxrep.2020.02.008. Formal data analysis, drafting or revising critically important intellectual content.

44. *HLA-B\*35:01 and Green Tea Induced Liver Injury*. Hoofnagle JH, Bonkovsky HL, Phillips EJ, Li YJ, **Ahmad J**, Barnhart H, Durazo F, Fontana RJ, Gu J, Khan I, Kleiner DE, Koh C, Rockey DC, Seeff LB, Serrano J, Stolz A, Tillmann HL, Vuppalanchi R, Navarro VJ; Drug-Induced Liver Injury Network. Hepatology 2020 Sep 5. doi: 10.1002/hep.31538. Online ahead of print. Formal data analysis, drafting or revising critically important intellectual content.

45. *Gastrointestinal involvement attenuates COVID-19 severity and mortality.* Livanos AE, Jha D, Cossarini F, Gonzalez-Reiche AS, Tokuyama M, Aydillo T, Parigi TL, Ramos I, Dunleavy K, Lee B, Dixon R, Chen ST, Martinez-Delgado G, Nagula S, Ko HM, Reidy J, Naymagon S, Grinspan A, **Ahmad J**, Tankelevich M, Gordon R, Sharma K, Britton GJ, Chen-Liaw A, Spindler MP, Plitt T, Wang P, Cerutti A, Faith JJ, Colombel JF, Kenigsberg E, Argmann C, Merad M, Gnjatic S, Harpaz N, Danese S, Rahman A, Kumta NA, Aghemo A, Petralia F, van Bakel H, Garcia-Sastre A, Mehandru S. medRxiv. 2020 Sep 9:2020.09.07.20187666. doi: 10.1101/2020.09.07.20187666. Preprint. Data acquisition, drafting or revising critically important intellectual content.

46. *Liver injury associated with kratom, a popular opioid-like product: Experience from the U.S. drug induced liver injury network and a review of the literature.* **Ahmad J**, Odin JA, Hayashi PH, Fontana RJ, Conjeevaram H, Avula B, Khan IA, Barnhart H, Vuppalanchi R, Navarro VJ; Drug-Induced Liver Injury Network. Drug Alcohol Depend. 2021 Jan 1;218:108426. doi: 0.1016/j.drugalcdep.2020.108426. Online ahead of print. Drafting or revising critically important intellectual content.

47. *Efficacy and Safety of Cenicriviroc in Patients With Primary Sclerosing Cholangitis: PERSEUS Study*. B. Eksteen, CL. Bowlus, AJ. Montano-Loza, E. Lefebvre, L. Fischer, P. Vig, EB. Martins, **J. Ahmad**, KK. Yimam, PJ. Pockros, JJ. Feld, G, Minuk, C. Levy. Hepatol Commun, 2020 Dec 22;5(3):478-490. Drafting or revising critically important intellectual content.

48. *Intestinal host response to SARS-CoV-2 infection and COVID-19 outcomes in patients with gastrointestinal symptoms.* Livanos AE, Jha D, Cossarini F, Gonzalez-Reiche AS, Tokuyama M, Aydillo T, Parigi TL, Ladinsky MS, Ramos I, Dunleavy K, Lee B, Dixon R, Chen ST, Martinez-Delgado G, Nagula S, Bruce EA, Ko HM, Glicksberg BS, Nadkarni G, Pujadas E, Reidy J, Naymagon S, Grinspan A, **Ahmad J**, Tankelevich M, Bram Y, Gordon R, Sharma K, Houldsworth J, Britton GJ, Chen-Liaw A, Spindler MP, Plitt T, Wang P, Cerutti A, Faith JJ, Colombel JF, Kenigsberg E, Argmann C, Merad M, Gnjatic S, Harpaz N, Danese S, Cordon-Cardo C, Rahman A, Schwartz RE, Kumta NA, Aghemo A, Bjorkman PJ, Petralia F, van Bakel H, Garcia-Sastre A, Mehandru S. Gastroenterology. 2021 Mar 3:S0016-5085(21)00461-3. doi: 10.1053/j.gastro.2021.02.056. Online ahead of print. Data acquisition, drafting or revising critically important intellectual content.
49. *Garcinia Cambogia, Either Alone or in Combination with Green Tea Causes Moderate to Severe Liver Injury.* Vuppalanchi R, Bonkovsky HL, **Ahmad J**, Barnhart H, Durazo F, Fontana RJ, Gu J, Khan I, Kleiner DE, Koh C, Rockey DC, Phillips EJ, Li YJ, Serrano J, Stolz A, Tillmann HL, Seeff LB, Hoofnagle JH, Navarro VJ; Drug-Induced Liver Injury Network. Clin Gastroenterol Hepatol. 2021 Aug 13:S1542-3565(21)00871-5. doi: 10.1016/j.cgh.2021.08.015. Online ahead of print. Data acquisition, drafting or revising critically important intellectual content.
50. *Liver Transplantation for Acute Liver Injury in Asians is More Likely due to Herbal and Dietary Supplements.* Kesar V, Channen L, Masood U, Grewal P, **Ahmad J**, Roth NC, Odin JA. Liver Transpl. 2021 Aug 9. doi: 10.1002/lt.26260. Online ahead of print. Data acquisition, drafting or revising critically important intellectual content.
51. *The Value of Liver Biopsy in the Diagnosis of Drug-Induced Liver Injury.* **J Ahmad**, M Bonacini, MS Ghabril, PH Hayashi, J Odin, DC Rockey, S Rossi, J Serrano, HL Tillmann, DE Kleiner**.** J Hep 2022;76:1070-1078. Data acquisition, drafting or revising critically important intellectual content.
52. *Two hundred and fifty-one right hepatectomies for living donation: Association between preoperative risk factors, hepatic dysfunction and complications.* A Mahamid, Y Fenig, S Amodeo, A Kozato, M Facciuto, **J Ahmad**, L Kim-Schluger, S Florman, T Schiano, M Facciuto. Surgery 2022 Jul;172(1):397-403. Data acquisition, drafting or revising critically important intellectual content.
53. *Liver Injury Associated with Turmeric-a Growing Problem: Ten Cases from the Drug-Induced Liver Injury Network [DILIN].* Halegoua-DeMarzio D, Navarro V, **Ahmad J**, Avula B, Barnhart H, Barritt AS, Bonkovsky HL, Fontana RJ, Ghabril MS, Hoofnagle JH, Khan IA, Kleiner DE, Phillips E, Stolz A, Vuppalanchi R. Am J Med. 2023 Feb;136(2):200-206. PMID: 36252717. Data acquisition, drafting or revising critically important intellectual content.
54. *Amiodarone and Dronedarone Causes Liver Injury with Distinctly Different Clinical Presentations.* Pop A, Halegoua-DeMarzio D, Barnhart H, Kleiner D, Avigan M, Gu J, Chalasani N, Ahmad J, Fontana RJ, Lee W, Barritt AS, Durazo F, Hayashi PH, Navarro VJ. Dig Dis Sci. 2024 Feb 28. doi: 10.1007/s10620-023-08251-2. Epub ahead of print. PMID: 38416280. Data acquisition, drafting or revising critically important intellectual content.

## Other Peer Reviewed Publications

1. *Reply to Dr Mosca (Choosing the metal biliary stent type for palliation of neoplastic stenosis during endoscopic retrograde cholangiopancreatography).* **J Ahmad**, E Siqueira, J Martin, A Slivka. Endoscopy 2003;35:631.
2. *Jejunal food bolus obstruction.* G Payman, **J Ahmad**. Gastrointest Endosc 2004;60:986.
3. *Chronic lymphocytic leukemia involving the colon manifesting with perforation.* Lalani M, Rhee JC, Gutkin DW, Matin K, **Ahmad J**. J Clin Oncol 2005;23:1315-1317. Data acquisition, data analysis and interpretation, drafting or revising critically important intellectual content.
4. *Streptococcus salivarius bacteremia in a cirrhotic patient with neutropenia post esophageal variceal ligation (EVL).* D Sass, S Connelly, **J Ahmad**. J Clin Gastroenterol 2006;40:654-655.
5. *Image of the Month.* McCloskey C, **Ahmad J**, Hughes S. Gastroenterology 2006;130:295.
6. *Outcome of Imported Liver Allografts and Impact on Patient Access to Liver Transplantation.* Akoad M, Wagener M, Francis F, **Ahmad J**, Ulizio D, Cacciarelli TV. Transplantation Proceedings 2006;38:3564-3566. Data acquisition, data analysis and interpretation, drafting or revising critically important intellectual content.

7. *Alloimmune hepatitis following peripheral stem cell transplantation.* Habib S, Nalesnik MA, **Ahmad J,** Buchbarker D, Shakil AO. Bone Marrow Transplant 2007;39:573-5. Data acquisition, data analysis and interpretation, drafting or revising critically important intellectual content.
8. *Clinical Challenges and Images in GI,* D Mullady, **J Ahmad**, Gastroenterology 2007;133:1075-6.
9. *Hepatic sarcoidosis associated with pegylated interferon alfa therapy for chronic hepatitis C- A case report and review of the literature.* M Adla, K Downey, **J Ahmad**. Dig Dis Sci 2008;53:2810-2.
10. *Severe cholestasis and renal failure associated with the use of the designer steroid Superdrol (Methasteron).* J Nasr, **J Ahmad**. Dig Dis Sci 2009;54:1144-6.
11. *Cefdinir induced hepatotoxicity- potential hazards of inappropriate antibiotic use.* J Chen, J Ahmad. J Gen Intern Med 2008;23-1914-6.
12. *Rapidly progressive, relapsing sclerosing cholangitis following surgery for pancreatic pseudotumor.* El Hajj I, **Ahmad J,** Slivka A. Endoscopy 2009;41:E246-7. Data acquisition, data analysis and interpretation, drafting or revising critically important intellectual content.
13. *Outcomes of liver transplantation in patients with cirrhosis due to nonalcoholic steatohepatitis versus patients with cirrhosis due to alcoholic liver disease.* Malik SM, **Ahmad J**. Liver Transpl. 2010;16:533.
14. *MELD score and post-transplant biliary complications.* Sundaram V, **Ahmad J**. Liver Transpl 2011;Oct 17. doi: 10.1002/lt.22454. [Epub ahead of print].
15. *Hepatitis C.* Clinical Updates. **J Ahmad**. BMJ 2017;358:j2861.
16. *An Unusual Cause of Abdominal Pain and Biliary Obstruction in a Patient with Hepatocellular Carcinoma.* Crismale JF, Ward SC, **Ahmad J**. Gastroenterology 2017 Aug 30. [Epub ahead of Print].
17. *Macro-aspartate aminotransferase: An unusual etiology of liver enzyme elevation.* Crismale JF, Law L, **Ahmad J**. Dig Liver Dis 2017 Dec 19. pii: S1590-8658(17)31326-9. doi: 10.1016/j.dld.2017.12.009. [Epub ahead of print].
18. *Metal, magnet or transplant: options in primary sclerosing cholangitis with stricture.* **Ahmad J**. Hepatol Int. 2018 Nov 14. doi: 10.1007/s12072-018-9906-6. [Epub ahead of print] Review.
19. *Expanding the donor pool: Hepatitis C, hepatitis B and human immunodeficiency virus-positive donors in liver transplantation.* Crismale JF, **Ahmad J.** World J Gastroenterol 2019;25:6799-6812. doi: 10,3748/wjg,v25,i47,6799, Review.
20. *Severe liver injury due to herbal and dietary supplements and the role of liver transplantation.* Grewal P, **Ahmad J**. World J Gastroenterol 2019;25:6704-6712. doi: 10.3748/wjg.v25.i46.6704. Review.
21. *An unusual finding on endoscopy….A diagnosis of inclusion?* Da BL, Mitchell R, Polydorides A, **Ahmad J.** Transpl Infect Dis. 2020;00:e13393.https://doi.org/10.1111/tid.13393.
22. *Cholecystoduodenal fistula resulting in gallstone ileus: A path paved by stone.* Lee BT, Mahamid A, **Ahmad J**, Tabrizian P. Clin Case Rep. 2021;00:1-2. https://doi.org/10.1002/ccr3.3943.
23. *Nausea and vomiting eight months after liver transplantation.* Sack JS, Patel RS, **Ahmad J.** Gastroenterology. 2021 Apr 26:S0016-5085(21)00689-2. doi: 10.1053/j.gastro.2021.04.051. Online ahead of print.

Invited Contributions

1. *Pancreatic duct strictures.* **Ahmad J**, Martin J. Current Treatment Options in Gastroenterology 2000;3:371-384.
2. *What does screening colonoscopy detect that sigmoidoscopy doesn't?* D Sass, **J Ahmad**, R Schoen. Evidence Based Gastroenterology 2000;1(2):61-63. Drafting or revising critically important intellectual content.
3. *Clinical Applications of the Model for End-Stage Liver Disease (MELD) in Hepatic Medicine.* Lau T, **Ahmad J.** Hepatic Medicine: Evidence and Research 2013;5:1-10.
4. *Spectrum of Biliary Complications Following Liver Donor Liver Transplantation.* Simoes P, Kesar V, **Ahmad J.** World J Hepatol 2015;7:1856-65.
5. *Hepatitis C. Clinical Updates.* **J Ahmad**. BMJ 2017;358:j2861.
6. *Expanding treatment for hepatitis C in Canada.* Crismale JF, **Ahmad J.** CMAJ 2018:190(22):E667-E669.
7. *Beware of HCV and HEV in Patients with Suspected Drug-Induced Liver Injury.* P Grewal, **J Ahmad.** Current Hepatology Reports 2018;17:270-5.
8. *Chronic Viral Hepatitis for the General Practitioner.* J Crismale, **J Ahmad**. Clinical Focus Primary Care 2018:12(1);23-34.

9. *Endoscopic Management of Biliary Issues in the Liver Transplant Patient*. Crismale JF, **Ahmad J**. Gastrointest Endosc Clin N Am. 2019 Apr;29(2):237-256. doi: 10.1016/j.giec.2018.11.003. Epub 2019 Feb 2.
10. *Bile Duct Injury due to Drug-Induced Liver Injury*, Grewal P, **Ahmad J**, Current Hepatology Reports 2019;18:269-73.
11. *A commentary on: Prediction of biochemical nonresolution in patients with chronic drug-induced liver injury: A large multicenter study*. **Ahmad J**, Winters AC. PracticeUpdate website. Available at: https://www.practiceupdate.com/content/prediction-of-biochemical-nonresolution-in-patients-with-chronic-drug-induced-liver-injury/136357/65/9/1. Accessed June 23, 2022

## Books and Book Chapters

1. *Application of Fourier transform infrared spectroscopy to the study of free radical interactions with biomolecules in aqueous media*. Haris PI, Rice-Evans C, **Ahmad J**, Khan R, Chapman D. 1989. Free Radicals, Diseased States and Anti-Radical Interventions. Ed. C Rice-Evans 1989 Richelieu Press, London. Data acquisition, data analysis and interpretation, drafting or revising critically important intellectual content.
2. *Etiology and Epidemiology of hepatocellular carcinoma*. **J Ahmad**, M Rabinovitz. In *Current Clinical Oncology: Hepatocellular Carcinoma: Diagnosis and Treatment*. Humana Press Inc., Totowa, NJ. Editor B.I. Carr. 2005.
3. *Sclerosing cholangitis*. **J Ahmad**, A Slivka. In *A Practical Guide to ERCP*. Elsevier Limited, London. Editors T Baron, R Kozarek, D Carr-Locke. 2008.
4. *Pre-operative risk assessment for patients with liver disease*. S Malik, **J Ahmad**. *Med Clin North Am* 2009;93:917-29.
5. *Hepatology and Transplant Hepatology- A case based approach*. **J Ahmad**. Springer-Verlac NY. 2010.
6. *Nonalcoholic Fatty liver disease: pharmacologic and surgical options*. Parikh N, **Ahmad J**. Gastroenterol Clin North Am. 2011;40:541-59.
7. *HCV and HCC: Clinical Update and a Review of HCC-Associated Viral Mutations in the Core Gene*. **Ahmad J**, Eng FJ, Branch AD. Semin Liver Dis, 2011 Nov;31(4):347-55, Epub 2011 Dec 21.
8. *Sclerosing cholangitis*. **J Ahmad**, A Slivka. In *ERCP*, 2nd edition. Elsevier Limited, London. Editors T Baron, R Kozarek, D Carr-Locke. 2013.
9. *Approach to the patient with jaundice*. **J Ahmad**. In *Mount Sinai Expert Guides*: *Hepatology*. Wiley-Blackwell. Editors **J Ahmad**, S Friedman, H Dancygier. 2014.
10. *Hereditary Hemochromatosis*. **J Ahmad**. In *Mount Sinai Expert Guides*: *Hepatology*. Wiley-Blackwell. Editors **J Ahmad**, S Friedman, H Dancygier. 2014.
11. *Portal hypertensive bleeding*. **J Ahmad**. In *Mount Sinai Expert Guides*: *Hepatology*. Wiley-Blackwell. Editors **J Ahmad**, S Friedman, H Dancygier. 2014.
12. *Hepatopulmonary syndrome*. **J Ahmad**. In *Mount Sinai Expert Guides*: *Hepatology*. Wiley-Blackwell. Editors **J Ahmad**, S Friedman, H Dancygier. 2014.
13. *Portopulmonary hypertension*. **J Ahmad**. In *Mount Sinai Expert Guides*: *Hepatology*. Wiley-Blackwell. Editors **J Ahmad**, S Friedman, H Dancygier. 2014.
14. *Surgery in patients with liver disease*. **J Ahmad**. In *Mount Sinai Expert Guides*: *Hepatology*. Wiley-Blackwell. Editors **J Ahmad**, S Friedman, H Dancygier. 2014.
15. *Epidemiology and Genetic Risk Factors of Drug Hepatotoxicity*. **Ahmad J**, Odin JA. Clin Liver Dis 2017 Feb;21(1):55-72.
16. *Model for End-Stage Liver Disease (MELD) Score as a Biomarker*. D Devuni, **J Ahmad**. In Biomarkers in Liver Disease. Springer. Editors VB Patel, VR Preedy, 2017.
17. *Sclerosing cholangitis*. **J Ahmad**, A Slivka. In ERCP. 3rd edition. Elsevier Limited, London. Editors T Baron, R Kozarek, D Carr-Locke. 2018.
18. *Hepatology and Transplant Hepatology Board Review*. **J Ahmad**, S Malik. Wiley-Blackwell 2023.

**INVITED LECTURES/PRESENTATIONS**

1.  *Diagnosis and Management of Hepatitis C*. Medical Conference. Veteran's Affairs Medical Centre, Highland Drive Division, Pittsburgh, PA. July 2002.
2.  *Atypical Aspects of Gastroesophageal Reflux Disease*. St Francis Hospital Medical Grand Rounds, Pittsburgh, PA, August 2002.
3.  *The Gastroenterologist as an Educator*. Gastroenterology Fellows Career Conference. Nemacolin Resort, PA, November 2002.
4.  *Cholestatic liver diseases*. AASLD review. Lecture to community internists and gastroenterologists. Renaissance Pittsburgh Hotel, January 2003.
5.  *Hepatitis C in veterans*. Medical Conference- lecture to internists. Veteran's Affairs Medical Centre, Altoona PA, May 2003.
6.  *Hepatitis C in veterans*, Medical Conference- lecture to internists, Veteran's Affairs Medical Centre, Butler PA, September 2003.
7.  *Hepatitis B and hepatocellular carcinoma*. AASLD review. Lecture to community internists and gastroenterologists. Renaissance Pittsburgh Hotel, January 2004.
8.  *Recent advances in hepatitis B treatment*. Medical Grand Rounds, Bay Pines VAMC, St. Petersburg, FL March 2004.
9.  *Recent advances in hepatitis C treatment*. Lecture to Western PA Society of Gastroenterology Nurses and Associates, Pittsburgh, PA, April 2004.
10. *Epidemiology and diagnosis of hepatitis C infection*. Lecture to community internists, gastroenterologists, physician extenders, Training the trainers, PA Dept of Health, American Liver Foundation course, Pittsburgh, PA. October 2005.
11. *Recent advances in the management of hepatitis C infection*. Lecture to family physicians. Clinical Education Series for the Pennsylvania Academy of Family Physicians, Pittsburgh, PA. November 2005.
12. *Viral hepatitis. AASLD review*. Lecture to community internists and gastroenterologists. University of Pittsburgh, Pittsburgh, PA. January 2006.
13. *Hepatitis C- Difficult to treat patients*. Lecture to physician extenders. Center for Liver Diseases, University of Pittsburgh, Pittsburgh, PA. February 2006,
14. *Current Concepts in hepatitis C treatment*, Lecture to internists, Lebanon VA Medical Center, Lebanon, PA, May 2006.
15. *Complications of advanced liver disease*. Mercy Jeannette Hospital, Medicine Grand Rounds, Jeannette, PA. May 2006.
16. *Liver transplantation in the MELD era*. Mercy Hospital, Medicine Grand Rounds, Pittsburgh, PA. May 2006.
17. *Recent advances in the management of hepatitis C infection*. Medicine Grand Rounds, Martinsburg VA Medical Center, Martinsburg WV. August 2006.
18. *Hepatitis B & C. Update on the disease burden*. Lecture to community internists, gastroenterologists, physician extenders. Training the trainers, PA Dept of Health, American Liver Foundation course, Pittsburgh, PA. October 2006.
19. *Diagnosis and Management of Chronic Hepatitis C infection*. Frick Hospital Medicine Grand Rounds. Mt. Pleasant, PA. October 2006.
20. *End-stage liver disease*. Lecture to Western PA Society of Gastroenterology Nurses and Associates Meeting, Pittsburgh, PA, October 2006.
21. *Ascites and hepatic hydrothorax:role of TIPS*. CME program, Pakistan Society of Hepatology Annual Meeting, Karachi, Pakistan, December 2006.
22. *Evaluation of the Transplant Candidate*. CME program, Pakistan Society of Hepatology Annual Meeting, Karachi, Pakistan, December 2006.
23. *Liver transplantation in the MELD era*. CME program, Pennsylvania Society of Gastroenterology Annual Scientific Meeting, Philadelphia, PA. September 2007.
24. *Therapeutic Challenges in Liver Transplantation*. CME program, Pennsylvania 2007 Viral Hepatitis Conference. Bridging care, testing, treatment and prevention. Monroeville, PA. October 2007.
25. *Liver Transplantation for Viral Hepatitis*. Holy Family Hospital, Rawalpindi, Pakistan, December 2006.
26. *Liver Transplantation for NASH cirrhosis*. Division of Liver Diseases Grand Rounds. Mount Sinai Medical Center, New York, NY, April 2008.
27. *Controversy of Liver Transplantation in PSC - Emerging Role of Living Related Liver Transplantation*. AGA Institute Clinical Symposium. Digestive Diseases Week, San Diego, CA, May 2008.

28. *New concepts in the treatment of Hepatitis C*. CME program, Lehigh Valley Hospital 2nd Annual Hepatitis Care Center Conference, Lehigh Valley Hospital, Allentown, PA, May 2008.
29. *Liver Transplantation for NASH cirrhosis*. Transplantation Lecture Series, Thomas E Starzl Transplantation Institute, University of Pittsburgh School of Medicine, Pittsburgh, PA, October 2008.
30. *Recent advances in the management of hepatitis C infection*, Medicine Grand Rounds, Erie VA Medical Center, Erie, PA. May 2009.
31. *Optimal timing for liver transplantation.* Division of Liver Diseases CME conference. Mount Sinai School of Medicine, New York, NY. September 2009.
32. *Treatment of Hepatitis C in 2009.* CME program, Pennsylvania Society of Gastroenterology Annual Scientific Meeting, Nemacolin Resort, Farmington, PA. October 2009.
33. *Portal hypertension complications, GI bleeding.* Science in the City, Best of AASLD and HCV update. CME Program, Mount Sinai School of Medicine, New York, NY. November 2009.
34. *Case I- HCV naïve patient.* New Horizons in HBV and HCV, Hepatitis B and C Symposium, CME program, Mount Sinai School of Medicine, New York, NY. March 2010.
35. *Liver Transplantation for NASH cirrhosis*. Department of Medicine Grand Rounds. Mount Sinai School of Medicine, New York, NY. June 2010.
36. *Abnormal LFTs. When to Refer*. 6th Annual Challenges in Internal Medicine. CME conference. Mount Sinai School of Medicine. July 2010.
37. *Liver Transplantation for NASH cirrhosis*. Medicine Grand Rounds. Elmhurst Hospital, New York, NY. September 2010.
38. *Approach to abnormal LFTs in hospitalized patients*. 5th Annual Mid-Atlantic Hospital Medicine Symposium, Mount Sinai School of Medicine. October 2010.
39. *Complications of Hepatitis C*. Pfizer Medical Education Training program. Mount Sinai School of Medicine. October 2010.
40. *Hepatitis C: Evaluation and Therapeutic Considerations for the Non-specialist.* Egyptian American Medical Society Meeting. University Club, New York, NY. October 2010.
41. *Complicated Biliary Disease.* Science in the City, Best of AASLD and HCV update. CME Program, Mount Sinai School of Medicine, New York, NY. November 2010.
42. *Consequences of Untreated Hepatitis C.* Johnson & Johnson Medical Education Training program, Mount Sinai School of Medicine, April 2011.
43. *Consequences of Untreated Hepatitis C*. Vertex Medical Education Training program. Mount Sinai School of Medicine. May 2011.
44. *Abnormal LFTs. When to Refer*. 7th Annual Challenges in Internal Medicine. CME conference. Mount Sinai School of Medicine. June 2011.
45. *Portal Hypertensive Bleeding*. Division of Liver Diseases Fellows' Core Lecture Series. Mount Sinai School of Medicine. July 2011.
46. *Consequences of Untreated Hepatitis C*. Johnson & Johnson Medical Education Training program. Mount Sinai School of Medicine. August 2011.
47. *Portal hypertension: Varices/biliary disease.* Science in the City 2011. Hepatology Update. CME Program, Mount Sinai School of Medicine, New York, NY. November 2011.
48. *Approach to abnormal LFTs for the Hospitalist.* Division of Hospital Medicine Grand Rounds, Mount Sinai School of Medicine. November 2011.
49. *Consequences of Untreated Hepatitis C*. Johnson & Johnson Medical Education Training program. Mount Sinai School of Medicine. February 2012.
50. *Consequences of Untreated Hepatitis C.* Jannsen Medical Education Training program. Mount Sinai School of Medicine. June 2012.
51. *Abnormal LFTs. When to Refer*. 8th Annual Challenges in Internal Medicine. CME conference. Mount Sinai School of Medicine. June 2012.
52. *Management of Esophageal and Gastric Varices*. Division of Liver Diseases Fellows' Core Lecture Series. Mount Sinai School of Medicine. July 2012.
53. *Consequences of Untreated Hepatitis C*. Jannsen Medical Education Training program. Mount Sinai School of Medicine. August 2012.
54. *Hepatitis C in Special Populations.* Science in the City 2012. Hepatology Update. CME Program, Mount Sinai School of Medicine, New York, NY. December 2012.
55. *Liver Transplantation for NASH cirrhosis*. Division of Gastroenterology Grand Rounds. Mount Sinai Hospital, New York, NY. February 2013.

56. *Consequences of Untreated Hepatitis C.* Gilead Medical Education Training program. Mount Sinai School of Medicine. April 2013.
57. *Abnormal LFTs. When to Refer.* 9th Annual Challenges in Internal Medicine. CME conference. Icahn School of Medicine at Mount Sinai. June 2013.
58. *Liver Transplantation for NASH cirrhosis.* Division of Gastroenterology Grand Rounds, St. Luke's/ Roosevelt Hospital, New York, NY. June 2013.
59. *Management of Esophageal and Gastric Varices.* Division of Liver Diseases Fellows' Core Lecture Series. Icahn School of Medicine at Mount Sinai. August 2013.
60. *Abnormal LFTs, Jaundice.* Mount Sinai Intensive Review in Gastroenterology and Hepatology. CME conference, Icahn School of Medicine at Mount Sinai. August 2013.
61. *Ascites, Hepatorenal Syndrome, SBP.* Mount Sinai Intensive Review in Gastroenterology and Hepatology. CME conference, Icahn School of Medicine at Mount Sinai. August 2013.
62. *Portal Hypertension Bleeding.* Mount Sinai Intensive Review in Gastroenterology and Hepatology, CME conference, Icahn School of Medicine at Mount Sinai. August 2013.
63. *HCV Agents Coming Soon.* Science in the City 2013. Hepatology Update. CME Program, Icahn School of Medicine at Mount Sinai, New York, NY. November 2013.
64. *Biliary Complications after Liver Transplantation.* Division of Liver Diseases CME conference. Icahn School of Medicine at Mount Sinai. December 2013.
65. *Biliary Complications after Liver Transplantation.* Division of Gastroenterology Fellows Conference. Icahn School of Medicine at Mount Sinai. April 2014.
66. *Drug Induced Liver Injury.* Department of Medicine Grand Rounds. Icahn School of Medicine at Mount Sinai, New York, NY. May 2014.
67. *Abnormal LFTs. When to Refer.* 10th Annual Challenges in Internal Medicine. CME conference. Icahn School of Medicine at Mount Sinai. June 2014.
68. *Drug Induced Liver Injury.* Division of Liver Diseases Fellows' Core Lecture Series. Icahn School of Medicine at Mount Sinai. August 2014.
69. *Biliary Complications after Liver Transplantation.* Division of Liver Diseases CME conference. Icahn School of Medicine at Mount Sinai. August 2014.
70. *Abnormal LFTs, Jaundice,* Mount Sinai Intensive Review in Gastroenterology and Hepatology, CME conference, Icahn School of Medicine at Mount Sinai. August 2014.
71. *Portal Hypertension Bleeding.* Mount Sinai Intensive Review in Gastroenterology and Hepatology. CME conference, Icahn School of Medicine at Mount Sinai. August 2014.
72. *Drug Induced Liver Injury.* Division of Gastroenterology Grand Rounds. Icahn School of Medicine at Mount Sinai, New York, NY. October 2014.
73. *Optimal Timing for Liver Transplantation in the MELD era.* Recanati–Miller Transplantation Institute, Transplant Lecture Series. Icahn School of Medicine at Mount Sinai, New York, NY. January 2015.
74. *Biliary Complications after Liver Transplantation.* Division of Digestive Diseases Grand Rounds. Mount Sinai Beth Israel, New York, NY. April 2015.
75. *Drug Induced Liver Injury.* Medicine Grand Rounds. Mount Sinai St. Luke's Hospital, New York, NY. April 2015.
76. *Abnormal LFTs. When to Refer.* 11th Annual Challenges in Internal Medicine. CME conference. Icahn School of Medicine at Mount Sinai. June 2015.
77. *Abnormal LFTs, Jaundice.* Mount Sinai Intensive Review in Gastroenterology and Hepatology. CME conference, Icahn School of Medicine at Mount Sinai. August 2015.
78. *Portal Hypertension Bleeding.* Mount Sinai Intensive Review in Gastroenterology and Hepatology, CME conference, Icahn School of Medicine at Mount Sinai. August 2015.
79. *Drug Induced Liver Injury.* Division of Liver Diseases Fellows' Core Lecture Series. Icahn School of Medicine at Mount Sinai. August 2015.
80. *Drug Induced Liver Injury.* Division of Gastroenterology Grand Rounds. Montefiore Hospital, New York, NY. November 2015.
81. *Drug Induced Liver Injury.* Science in the City 2015. Hepatology Update. CME Program, Icahn School of Medicine at Mount Sinai, New York, NY. November 2015.
82. *Abnormal LFTs. When to Refer.* 12th Annual Challenges in Internal Medicine. CME conference. Icahn School of Medicine at Mount Sinai. June 2016.
83. *Abnormal LFTs, Jaundice.* Mount Sinai Intensive Review in Gastroenterology and Hepatology. CME conference, Icahn School of Medicine at Mount Sinai. August 2016.

84. *Portal Hypertension Bleeding*. Mount Sinai Intensive Review in Gastroenterology and Hepatology. CME conference, Icahn School of Medicine at Mount Sinai. August 2016.
85. *Primary Sclerosing Cholangitis: Update in Management*. 1st Annual Mount Sinai Live Endoscopy Course. CME Conference, Icahn School of Medicine at Mount Sinai. March 2017,
86. *Abnormal LFTs. When to Refer*. 13th Annual Challenges in Internal Medicine, CME conference, Icahn School of Medicine at Mount Sinai. June 2017.
87. *Drug Induced Liver Injury*. Division of Liver Diseases Fellows' Core Lecture Series. Icahn School of Medicine at Mount Sinai. August 2017.
88. *Abnormal LFTs, Jaundice*. Mount Sinai Intensive Review in Gastroenterology and Hepatology. CME conference, Icahn School of Medicine at Mount Sinai. August 2017.
89. *Peeling Away From The Onion: Update On Primary Sclerosing Cholangitis*. Endoscopy in Liver Disease. New York Society of Gastrointestinal Endoscopy Seminar. Bellevue Hospital, New York. September 2017.
90. *The Role of Endoscopy in Primary Sclerosing Cholangitis*, American Society for Gastrointestinal Endoscopy Postgraduate Course at American Association for the Study of Liver Disease Meeting. Washington DC, October 2017.
91. *What's New in Drug Induced Liver Injury*. Science in the City 2017. Hepatology Update. CME Program, Icahn School of Medicine at Mount Sinai, New York, NY. November 2017.
92. *Screening for Cancer in Patients with Liver Disease*. 2nd Annual Mount Sinai Live Endoscopy Course. CME Conference. Icahn School of Medicine at Mount Sinai. May 2018.
93. *Abnormal LFTs. When to Refer*. 14th Annual Challenges in Internal Medicine. CME conference. Icahn School of Medicine at Mount Sinai. June 2018,
94. Abnormal LFTs, Jaundice, Mount Sinai Intensive Review in Gastroenterology and Hepatology, CME conference, Icahn School of Medicine at Mount Sinai. August 2018.
95. *Drug Induced Liver Injury*. Division of Liver Diseases Fellows' Core Lecture Series. Icahn School of Medicine at Mount Sinai. August 2018.
96. *What's New in Drug Induced Liver Injury*. Science in the City 2018. Hepatology Update. CME Program, Icahn School of Medicine at Mount Sinai, New York, NY. November 2018.
97. *Drug Induced Liver Injury*. Division of Liver Diseases Fellows' Core Lecture Series. Icahn School of Medicine at Mount Sinai, August 2019.
98. *Abnormal LFTs, Jaundice*, Mount Sinai Intensive Review in Gastroenterology and Hepatology, CME conference, Icahn School of Medicine at Mount Sinai. September 2019.
99. *What's New in Drug Induced Liver Injury*. Science in the City 2019. Hepatology Update. CME Program, Icahn School of Medicine at Mount Sinai, New York, NY. November 2019.
100. *Drug Induced Liver Injury*. Division of Liver Diseases Fellows' Core Lecture Series. Icahn School of Medicine at Mount Sinai. August 2020.
101. *Abnormal LFTs, Jaundice*. Mount Sinai Intensive Review in Gastroenterology and Hepatology. CME conference, Icahn School of Medicine at Mount Sinai. September 2020.
102. *Drug Induced Liver Injury*. Division of Liver Diseases Fellows' Core Lecture Series. Icahn School of Medicine at Mount Sinai. September 2021.
103. *Abnormal LFTs, Jaundice*. Mount Sinai Intensive Review in Gastroenterology and Hepatology. CME conference, Icahn School of Medicine at Mount Sinai. September 2021.
104. *Drug Induced Liver Injury*. Keynote Lecture. 2021 Annual Update in Medical Hepatology. University of Pittsburgh Medical Center. December 2021.
105. *Drug Induced Liver Injury*. Mount Sinai Beth Israel Department of Medicine Grand Rounds. April 2022.
106. *DILI, NASH, Autoimmune hepatitis, PBC, PSC and Intestinal failure associated liver disease*. ASGE Adult & Pediatric Gastroenterology and Endoscopy Board Preparatory and Review Course. Austin, TX, August 2022.
107. *Drug Induced Liver Injury*. Division of Liver Diseases Fellows' Core Lecture Series. Icahn School of Medicine at Mount Sinai. August 2022.
108. *Drug Induced Liver Injury*. Virginia Tech Carilion School of Medicine, Department of Medicine Grand Rounds. March 2023.
109. *Primary Sclerosing Cholangitis*. Inflammatory Bowel Disease CME Conference, Department of Gastroenterology. Icahn School of Medicine at Mount Sinai. April 2023.
110. *Drug Induced Liver Injury*. Science in the City 2023. Hepatology Update. CME Program, Icahn School of Medicine at Mount Sinai, New York, NY. July 2023.

*111.    Drug Induced Liver Injury*. Division of Liver Diseases Fellows' Core Lecture Series. Icahn School of Medicine at Mount Sinai. August 2023.

## VOLUNTARY PRESENTATIONS

1. *Intravascular lymphomatosis presenting with chest lesions, seizures and mixed neurological signs*. **Ahmad J**. Poster presentation at 1996 American College of Physicians Regional Meeting, New York, NY.
2. *Cost-effectiveness analysis of misoprostol and famotidine for non-steroidal anti-inflammatory drug induced gastroduodenal damage*. **Ahmad J**, Cheng E. Poster presentation at 1997 American College of Physicians National Meeting, Philadelphia, PA.
3. *Surgery is more cost-effective for severe gastroesophageal reflux disease than maintenance medical therapy*. **Ahmad J**, Cheng E. Poster presentation at 1997 American College of Physicians National Meeting, Philadelphia, PA.
4. *Hydrothorax: An uncommon complication of CAPD*. **Ahmad J**, Wadhwa N. Poster presentation at 1998 American College of Physicians Regional Meeting, New York, NY.
5. *The effect of HIV disease on the prevalence of hepatitis G virus infection in chronic HCV liver disease patients*. **Ahmad J**, Lake-Bakaar G. Poster presentation at 1999 American Society for Microbiology Meeting, Chicago, IL.
6. *Comparison of interferon-alfa monotherapy and interferon-alfa & ribavirin combination for the treatment of hepatitis C after liver transplantation*. **J Ahmad**, AO Shakil, HE Vargas, JJ Fung, SF Dodson. Presented as oral presentation at AASLD Research Forum, Digestive Diseases' Week 2000, San Diego, CA**.**
7. *Human immunodeficiency virus (HIV) protease inhibitor-induced acute pancreatitis secondary to hypertriglyceridemia—a case report*. **Ahmad J**, Martin J. American Journal of Gastroenterology 2000;95:2558.
8. *Measurements of tissue resistance during endoscopic sphincterotomy using a prototype electrosurgical generator*. A Khalid, **J Ahmad**, J Martin, B Etemad, M Rabinovitz, J Day, A Slivka. Gastrointestinal Endoscopy 2001;53:3385A.
9. *Endoscopic Therapy of Stomal Stenosis after Laparoscopic Gastric Bypass*. **J Ahmad**, P Schauer, S Ikramuddin, J Martin, A Slivka. Gastroenterology 2001;120:2490A.
10. *Lack of association between etiology and location or extent of necrotizing pancreatitis*. A Khalid, N Jani, **J Ahmad**, J Martin, M Peterson, A Slivka. Gastroenterology 2001;120:3268A.
11. *Rapidly progressive sclerosing cholangitis following biliary bypass surgery for pancreatic pseudotumor – a case report*. **J Ahmad**, A Slivka. American Journal of Gastroenterology 2001;96:540A.
12. *Sclerosing cholangitis due to xanthoma disseminatum – a case report*. **J Ahmad**, J Martin. American Journal of Gastroenterology 2001;96:541A.
13. *Alpha 1 antitrypsin genotypes in cirrhotic livers with PAS-D(+) globules: coexistence with other liver disease and outcome after liver transplant*. A Khalid, S Finkelstein, **J Ahmad**, M Imtiaz, O Shakil, P Swalsky, F Dodson, J Fung, J Rakela, A Demetris, H Vargas. American Journal of Gastroenterology 2001;96:392A.
14. *Case of Wilson's disease and PBC overlap*. A Khalid, **J Ahmad**, A Demetris, V Balan, H Vargas. American Journal of Gastroenterology 2001;96:675A.
15. *Correlation of HCV genomic diversity with outcome after liver transplant*. **J Ahmad**, K Weck**,** O Shakil. Hepatology 2001;34:561A.
16. *Reasons for non-treatment of HCV in veterans in care*. AA Butt, **J Ahmad**, AO Shakil, N Singh. Poster presentation at 40th Annual Meeting of the Infectious Diseases Society of America, Chicago, October 2002.
17. *Comparison of laboratory parameters between HCV+/HIV+ and HCV+/HIV- patients*. AA Butt, **J Ahmad**, AO Shakil, N Singh. Poster presentation at 40th Annual Meeting of the Infectious Diseases Society of America, Chicago, October 2002.
18. *Risk of diabetes mellitus in hepatitis C and HIV infected patients*. Butt AA, **Ahmad J**, Wagener M, Singh N, Shakil AO. Poster presentation at 41st Annual Meeting of the Infectious Diseases Society of America, San Diego, October 2003**.**
19. *Epidemiology of hepatitis C infection and eligibility for antiviral therapy among U.S. veterans*. EJ Bini, N Brau, S Currie, H Shen, B Anand, K Hu, L Jeffers, S B Ho, D Johnson, W Schmidt, P King, R Cheung, T Morgan, J Awad, M Pedrosa, K Chang, A Aytaman, F Simon, C Hagedorn, R Moseley, **J Ahmad**, C Mendenhall, S Rossi, T Wright. Hepatology 2003;38:452A.

20. *Prevalence of hepatitis C infection in veterans: results of VA Cooperative Study #488.* Dominitz JA, Boyko EJ, Koepsell TD, Heagerty PJ, Maynard C, Sporleder JL, VA Cooperative Study #488 Investigators. (Oral presentation – American Association for the Study of Liver Disease, New Orleans, LA, May 17, 2004).

21. *MELD as predictor of post-transplantation survival.* S Habib, I Dvorchik, **J Ahmad**, K Chopra, P Fontes, A Marcos, J Fung, O Shakil. Hepatology 2004;40:261A.

22. *Disparity in the MELD scores of liver transplant recipients in the US according to the size of transplant center.* **J Ahmad**, T Cacciarelli. Hepatology 2004;40:312A.

23. *The effects of hepatic artery chemotherapy on viral hepatitis in patients with hepatocellular carcinoma.* **J Ahmad**, J Rhee, B Carr. Hepatology 2004;40:718A.

24. *Impact of the model for end-stage liver disease (MELD) score on the waiting time and disease severity in US veterans undergoing liver transplant.* **J Ahmad**, M Akoad, I Daly, T Cacciarelli. Am J Transplantation 2005;5(s11): 215A.

25. *Disparity in the model for end-stage liver disease (MELD) scores and waiting times of liver transplant recipients and in the United States according to the size of the transplant center.* **J Ahmad**, C Bryce, M Roberts, T Cacciarelli. Am J Transplantation 2005;5(11):264A. Oral presentation at the American Transplant Congress meeting May 2005.

26. *Racial differences in waiting time and Model for end-stage liver disease (MELD) scores of liver transplant recipients in the United States.* **J Ahmad**, C Bryce, M Roberts, T Cacciarelli. Am J Transplantation 2005;5(11):265A. Oral presentation at the American Transplant Congress meeting May 2005.

27. *Racial differences in MELD scores, change in MELD (delta MELD) on the transplant list, and waiting times of liver transplant recipients in the United States.* J Behari, V Swaminathan, C Bryce, T Cacciarelli, AO Shakil, **J Ahmad**. Oral presentation at American Association for the Study of Liver Disease Meeting. San Francisco, CA, November 2005.

28. *Racial disparities in the probability of death on the liver transplant list in the United States.* J Behari, V Swaminathan, **J Ahmad.** Poster of Distinction at American Association for the Study of Liver Disease Meeting. San Francisco, CA, November 2005.

29. *Randomized Controlled Trial (RCT) of a New Nitinol Non-forshortening Self-Expanding Metal Stent (SEMS) for Malignant Biliary Obstruction: An International Multi-Center Comparison in Two Diameters to Wallstent.* D. A. Howell, M. K. Sanders, K. P. Bernadino, C. Lawrence, P. P. Kortan, G. May, R. J. Shah, Y. Chen, W. G, Parsons, R. H. Hawes, P. B. Cotton, A. Slivka, **J. Ahmad**, G. A. Lehman, S. Sherman, D. J. Desilets, H. Neuhaus, B. Schumacher. Poster presentation at Digestive Diseases Week, Los Angeles, CA. May 2006.

30. *Endoscopic biliary brush microsatellite loss analysis in primary sclerosing cholangitis and associated cholangiocarcinoma.* A. Khalid, L. Nodit, S. Raab, **J. Ahmad**, D. Brody, K. Bauer, K. McGrath, D. Whitcomb, A. Slivka, S. Finkelstein. Poster presentation at Digestive Diseases Week, Los Angeles, CA. May 2006.

31. *Bloodless coup: Outcomes after liver transplantation in Jehovah's Witness patients.* J Behari, P Fontes, M DeVera, K Tom, A Marcos, **J Ahmad**. Oral presentation at World Transplant Congress, Boston, MA, July 2006.

32. *Comparison of pegylated interferon alpha2a & ribavirin vs. pegylated interferon alpha2b & ribavirin for treatment of recurrent hepatitis C after liver transplantation.* R Chadalavada, D Sass, O Shaikh, M Rabinovitz, T Shaw-Stiffel, A Marcos, **J Ahmad.** Poster presentation at World Transplant Congress, Boston, MA, July 2006.

33. *Acute rejection is associated with recurrent primary sclerosing cholangitis after liver transplantation.* **J Ahmad**, I Dvorchik, R Chadalavada, K Abu-Elmagd, P Fontes, A Marcos, J Demetris. Oral presentation at World Transplant Congress, Boston, MA, July 2006.

34. *Survival after liver transplantation in patients receiving locally procured versus non-locally procured allografts.* **J Ahmad**, C Bryce, M Roberts, T Cacciarelli. Poster presentation at World Transplant Congress, Boston, MA, July 2006.

35. *The outcome of imported liver allografts (IG) and impact on patient access to liver transplantation (LTx).* M Akoad, F Francis, **J Ahmad**, D Ulizio, T Cacciarelli. Poster presentation at World Transplant Congress, Boston, MA, July 2006.

36. *Maximizing donor use: liver transplantation (LTx) from extended criteria donor (ECD) hepatic allografts.* M Akoad, F Francis, **J Ahmad**, D Ulizio, T Cacciarelli. Poster presentation at World Transplant Congress, Boston, MA, July 2006.

37. *Impact of pre-transplant ablative therapy on explant histology and outcome in liver transplantation for hepatocellular carcinoma (HCC).* M Akoad, F Francis, **J Ahmad**, D Ulizio, T Cacciarelli. Poster presentation at World Transplant Congress, Boston, MA, July 2006.
38. *Predictors of outcome in patients with hepatocellular carcinoma treated with liver transplantation.* M Akoad, F Francis, **J Ahmad**, D Ulizio, T Cacciarelli. Poster presentation at World Transplant Congress, Boston, MA, July 2006.
39. *Minnesota tube as a rescue therapy for bleeding rectal varices.* SM Cho, A Al-Khafaji, **J Ahmad**. Poster presentation at the American College of Gastroenterology Annual Meeting, Las Vegas, NV, October 2006.
40. *Progression of fibrosis and interferon treatment in liver transplant recipients with hepatitis C infection.* S Habib, C Chang, **J Ahmad**, D Sass, T Shaw-Stiffel, A Demetris, M DeVera, P Fontes, A Marcos, O Shaikh. Hepatology 2006;44:320A.
41. *Outcome of nodular regenerative hyperplasia after liver transplantation.* S Malik, D Sass, J Behari, R Chadalavada, M DeVera, P Fontes, A Marcos, A Demetris, **J Ahmad.** Poster presentation at American Transplant Congress, San Francisco, CA, May 2007.
42. *Incidence and outcome of recurrent NASH in liver transplant recipients.* S Malik, M DeVera, R Chadalavada, D Sass, P Fontes, A Marcos, **J Ahmad**. Oral presentation at American Transplant Congress, San Francisco, CA, May 2007.
43. *Factors predictive of poor outcome after liver transplantation for non-alcoholic steatohepatitis.* S Malik, M DeVera, R Chadalavada, D Sass, P Fontes, A Marcos, **J Ahmad**. Oral presentation at American Transplant Congress, San Francisco, CA, May 2007.
44. *Incidence and outcome of hepatocellular carcinoma in patients undergoing liver transplantation for non-alcoholic steatohepatitis.* S Malik, P Gupte, **J Ahmad**. Oral presentation at American Transplant Congress, San Francisco, CA, May 2007.
45. *Use of Campath-1H for the treatment of moderate to severe and steroid-resistant rejection after liver transplantation.* SK Patel, K Tom, R Lopez-Solis, K Soltys, **J Ahmad**, P Fontes, A Marcos, M DeVera. Oral presentation at American Transplant Congress, San Francisco, CA, May 2007.
46. *Mechanisms of Occlusion of Uncoated Self–Expanding Metal Biliary Stents (SEMS): Final Results of a Multi-Center Comparative Study.* H. Vittal; D. Howell; M. Sanders; D. Desilets; P. Kortan; G. May; R. Shah; Y. Chen; W. Parsons; R. Hawes; P. Cotton; C. Lawrence; A. Slivka; **J. Ahmad**; G. Lehman; S. Sherman; H. Neuhaus; B. Schumacher. Poster Presentation at Digestive Diseases Week, Washington DC, May 2007.
47. *Nodular regenerative hyperplasia post solid organ (non-liver) transplant.* S Malik, D Sass, J Behari, R Chadalavada, A Demetris, **J Ahmad**. Hepatology 2007;46:503A.
48. *Risk factors for poor outcome after liver transplantation in obese patients.* A Mavrakis, S Malik, M DeVera, K Tom, P Fontes, A Marcos, **J Ahmad.** Poster presentation at American Transplant Congress, Toronto, Canada, May 2008.
49. *Pre-transplant transjugular intrahepatic portosystemic shunt does not adversely affect outcome after orthotopic liver transplant.* J Nasr, S Malik, M DeVera, K Tom, P Fontes, A Marcos, **J Ahmad**. Poster presentation at American Transplant Congress, Toronto, Canada, May 2008.
50. *Lack of utility of international normalized ratio and thromboelastography as predictors of blood loss in patients undergoing liver transplantation.* V Sundaram, M DeVera, **J Ahmad**. Poster presentation at American Transplant Congress, Toronto, Canada, May 2008.
51. *Comparative Performance of Uncoated Self Expanding Metal Biliary Stents (SEMS) of Different Designs in Two Diameters: Final Patency Results of an International Multi-center Randomized Controlled Trial (RCT).* D. Howell; R Raju; B Loew; D. Desilets; P. Kortan; G. May; R. Shah; Y. Chen; W. Parsons; R. Hawes; P. Cotton; C. Lawrence; A. Slivka; **J. Ahmad**; M. Sanders, G. Lehman; S. Sherman; H. Neuhaus; B. Schumacher. Oral Presentation at Digestive Diseases Week, San Diego, CA, May 2008.
52. *Increased incidence of the metabolic syndrome in patients with hepatocellular carcinoma undergoing liver transplant.* S Malik, J Hashash, **J Ahmad**. Poster presentation at American Association for the Study of Liver Disease Meeting. San Francisco, CA, November 2008.
53. *Risk factors for allograft steatosis in patients with recurrent hepatitis C after liver transplant.* A Mavrakis, N Raza, C Chang, **J Ahmad**, M deVera, W Marsh, O Shaikh. Poster presentation at American Association for the Study of Liver Disease Meeting. San Francisco, CA, November 2008.
54. *Rapidly progressive sclerosing cholangitis post-surgery for inflammatory pancreatic pseudotumor.* I El Hajj, **J Ahmad**, A Slivka. Poster presentation at American College of Gastroenterology meeting. Orlando, Fl, October 2008.

55. *The incidence of HCC in NASH and cryptogenic cirrhosis patients undergoing liver transplantation is comparable to other causes of chronic liver disease.* S Malik, B Madani, M de Vera, **J Ahmad**. Poster presentation at American Transplant Congress meeting, Boston, MA, May 2009.

56. *Comparison of liver transplantation for cryptogenic cirrhosis and NASH suggest a shared etiology.* S Malik, M de Vera, B Madani, **J Ahmad**. Poster presentation at American Transplant Congress meeting, Boston, MA, May 2009.

57. *High incidence of early cardiac death after liver transplantation for NASH cirrhosis.* B Madani, S Malik, **J Ahmad**. Oral presentation at American Transplant Congress meeting, Boston, MA, May 2009.

58. *Spontaneous bacterial peritonitis is not a risk factor for poor outcome after liver transplantation.* S Malik, B Madani, **J Ahmad**. Poster presentation at American Transplant Congress meeting, Boston, MA, May 2009.

59. *Impact of the MELD system on long-term outcome after liver transplantation in United States veterans.* **J Ahmad**, M Wagner, F Francis, P Karuman, T Cacciarelli. Poster presentation at American Transplant Congress meeting, Boston, MA, May 2009.

60. *Risk Factors of Development of Biliary Leak after Deceased Donor Liver Transplantation.* V Sundaram, D Jones, N Shah, M de Vera, **J Ahmad**. Poster presentation at American Association for the Study of Liver Disease Meeting. Boston, MA, October 2009.

61. *Post-Transplant Biliary Complications in the Pre and Post-MELD Era.* V Sundaram, D Jones, N Shah, M de Vera, P Fontes, JW Marsh, **J Ahmad**. Poster of distinction at American Transplant Congress, San Diego, CA, May 2010.

62. *Hemobilia 6 weeks after liver transplant.* V Mittal, M Sharma, J Park, **J Ahmad**. Poster presentation at American College of Gastroenterology meeting, San Antonio, TX, October 2010.

63. *Prevalence Of Endoscopic And Histologic Features Of Mycophenolate Mofetil Related Colonic Mucosal Changes In Patients After Solid Organ Transplant.* K. R. Bhamidimarri, **J. Ahmad**. Poster presentation at American Association for the Study of Liver Disease Meeting. San Francisco, November 2011.

64. *Escalating-Dose Pegylated Interferon and Ribavirin for Treatment of Recurrent Hepatitis C in the Post-Transplant Population: A Single-Center Study.* V. Khaitova; M. Chernyak; D. B. Motamed; M. Fiel; **J. Ahmad**; C. Aloman; N. Bach; C. Chang; P. Grewal; L. Kim-Schluger; L. U. Liu; J. A. Odin; J. Park; P. Perumalswami; S. S. Florman; T. D. Schiano. Poster presentation at American Association for the Study of Liver Disease Meeting, San Francisco, November 2011.

65. *Chemoembolization therapy of hepatocellular carcinoma prior to liver transplant is associated with the development of post-transplant biliary anastomotic strictures.* V Kanakadandi, J Park, **J Ahmad**. Poster presentation at American Association for the Study of Liver Disease Meeting. Boston, November 2012.

66. *Ischemia-reperfusion injury during liver transplant is associated with the development of post-transplant biliary anastomotic strictures.* V Kanakadandi, J Park, **J Ahmad**. Poster presentation at American Association for the Study of Liver Disease Meeting. Boston, November 2012.

67. *Antiviral treatment of 182 post-liver transplant HCV patients using a low accelerating dose regimen of pegylated interferon and ribavirin.* K Lim; M Fiel, H Sima, V Khaitova, D. Motamed; **J. Ahmad**; C. Aloman; N. Bach; C. Chang; P. Grewal; L. Kim-Schluger; L. U. Liu; J. A. Odin; J. Park; P. Perumalswami; S. S. Florman; T. D. Schiano. Poster Presentation at American Association for the Study of Liver Disease Meeting. Boston, November 2012.

68. *Cholangiopancreatograpy is Significantly Superior to Ultrasound in the Diagnosis of Predictors of Failure of Endoscopically Managed Post-Operative Bile Duct Leaks: a Large, Multi-Center Retrospective Study.* A Prabhu, S Amin, B Rajca, D Yang, S Chauhan, P V. Draganov, F Monzur, L Menon, J Buscaglia, S Nagula, J Bucobo, L S D, P Benias, D Carr-Locke, N Hasan, A Goodman, A Tyberg, S Pais, **J Ahmad,** S Gonzalez, C DiMaio. Poster Presentation at Digestive Diseases Week. Chicago May 2014.

69. *Magnetic Resonance Cholangiopancreatography is significantly superior to Ultrasound in the Diagnosis of Biliary Anastomotic Strictures after Liver Transplantation.* A Prabhu, J Park, **J Ahmad**. Poster Presentation at American Association for the Study of Liver Disease Meeting. Boston, November 2014.

70. *Early Safety and Efficacy Profiles of Renal Transplant Recipients with Chronic Hepatitis C Treated with Sofosbuvir and Ribavirin.* G Huard, B Kim, A Patel, B Aljarallah, P Perumalswami, J Odin, S Geatrakas, **J Ahmad**, D Dieterich, V Nair, T Schiano, G Im. Poster Presentation at American Association for the Study of Liver Disease Meeting. Boston, November 2014.

71. *Histological Changes that Reliably Differentiate Autoimmune Hepatitis from Drug-Induced Autoimmune Hepatitis: Important Role of Liver Biopsy.* S Dhingra, T Schiano, **J Ahmad**, J Odin, M Isabel Fiel. Poster Presentation at American Association for the Study of Liver Disease Meeting. Boston, November 2014.

Jawad Ahmad MD

72. *Results of a Strategy to Identify Kidney Transplant Recipients with Chronic Hepatitis C for Interferon Free Therapies.* G Huard, B Kim, A Patel, B Aljarallah, P Perumalswami, J Odin, S Geatrakas, **J Ahmad**, D Dieterich, V Nair, T Schiano, G Im. Poster Presentation at American Association for the Study of Liver Disease Meeting. Boston, November 2014.
73. *A Multicenter Retrospective Review of Approach and Outcomes of Patients with Post-Surgical Anatomy Undergoing ERCP.* A Browne, S Kapoor, A Lewis, **J Ahmad**, J Buscaglia, S Nagula, C DiMaio, JC Bucobo, S Gonzalez. Poster Presentation at Digestive Diseases Week. Washington DC, May 2015.
74. *Echinacea Induced Acute Hepatitis Transitioning to Autoimmune Hepatitis.* V Kesar, **J Ahmad**, J Odin, V Kesar. Poster Presentation at American College of Gastroenterology Meeting, Honolulu, October 2015.
75. *Macro-AST: A Normal Explanation For Abnormal Liver Function Tests.* O Jilani, J Shrensel, V Kanakadandi, **J Ahmad**. Poster Presentation at American College of Gastroenterology Meeting, Honolulu, October 2015.
76. *Death and Liver Transplantations Occurring Within Two Years of Drug-Induced Liver Injury.* Paul Hideyo Hayashi, Don C. Rockey, Robert J. Fontana, Hans L Tillmann, Neil Kaplowitz,Huiman X Barnhart, Jiezhun Gu, Averell H. Sherker, Naga P. Chalasani, Victor J. Navarro, **Jawad Ahmad**, Jay H Hoofnagle. Poster Presentation at American Association for the Study of Liver Disease Meeting. San Francisco, November 2015.
77. *Liver Disorders that can Masquerade as Drug-Induced Liver Injury.* Don C. Rockey, Paul Hideyo Hayashi, Hans L Tillmann, Jiezhun Gu, Marwan Ghabril, **Jawad Ahmad**, Andrew Stolz, Robert J. Fontana, Jay H Hoofnagle. Poster Presentation at American Association for the Study of Liver Disease Meeting. San Francisco, November 2015.
78. *Hepatic Decompensation and Serious Adverse Events in Liver Transplant Recipients Treated with Sofosbuvir-containing Regimens for Recurrent HCV Infection.* Neal M Patel, Kian Bichoupan, Lawrence Ku, Rachana Yalamanchili, Alyson Harty, Donald Gardenier,Michel Ng, David B Motamed, Viktoriya Khaitova, Nancy Bach, Charissa Y Chang, Priya Grewal, Meena B. Bansal,Ritu Agarwal, Lawrence Liu, Gene Young Im, Jennifer Leong, Leona Kim-Schluger, Joseph A Odin, **Jawad Ahmad**, Scott L. Friedman, Douglas Dieterich, Thomas D Schiano, Ponni V Perumalswami, Andrea D Branch. Poster Presentation at American Association for the Study of Liver Disease Meeting. San Francisco, November 2015.
79. *Idiosyncratic drug induced liver injury in African Americans: Causes, Clinical Features and Outcomes.* Naga P. Chalasani, Marwan Ghabril, Robert J. Fontana, Huiman X, Barnhart, Paul H. Hayashi, **Jawad Ahmad**, Andrew Stolz, Victor J. Navarro, Jay H. Hoofnagle. Oral Presentation at American Association for the Study of Liver Disease Meeting. Boston, November 2016.
80. *Drug Induced Liver Injury Associated with Sclerosing Cholangitis Like Changes on Magnetic Resonance Cholangiography Imaging.* **Jawad Ahmad**, Simona Rossi, Shuchi K. Rodgers, Robert J. Fontana, Naga P. Chalasani, Andrew Stolz, Paul H. Hayashi, Huiman X. Barnhart, David E. Kleiner, Einar Bjornsson. Oral Presentation at American Association for the Study of Liver Disease Meeting. Boston, November 2016.
81. *Testing for Hepatitis C Virus RNA is Recommended in Patients with Suspected Drug-Induced Liver Injury.* **J Ahmad**, KR Reddy, HL Tillmann, NP Chalasani, PH Hayashi, RJ Fontana, VJ Navarro, A A Stolz, HX Barnhart, GA Cloherty, JH Hoofnagle. Oral Presentation at American Association for the Study of Liver Disease Meeting. Washington DC, October 2017.
82. *Epidemiology of Severe HDS Induced DILI.* V Kesar, **J Ahmad**, J Odin. Oral Presentation at American Association for the Study of Liver Disease Meeting. Washington DC, October 2017.
83. *Quantitation of Catechin Content in Herbal and Dietary Supplements Implicated in Human Hepatotoxicity: A Preliminary Report from the Drug-Induced Liver Injury Network.* VJ Navarro, B Avula, Y Wang, H Barnhart, M Verma, I Khan, J Ahmad, HL Bonkovsky, NP Chalasani, RJ Fontana, LB Seeff, J Serrano, A Stolz. Poster Presentation at American Association for the Study of Liver Disease Meeting. San Francisco, November 2018.
84. *Increasing Episodes of Hepatotoxicity in the Drug Induced Liver Injury Network Associated with Kratom, a Botanical Product with Opioid-like Activity.* VJ Navarro, J Odin, **J Ahmad**, PH Hayashi, RJ Fontana, HS Conjeevaram, B Avula, I Khan, H Barnhart. Oral Presentation at American Association for the Study of Liver Disease Meeting. Boston, November 2019.
85. *Liver Injury from Herbal and Dietary Supplements Containing Garcinia Cambogia, Either Alone or in Combination with Green Tea Extract, Can be Fatal.* R Vuppulanchi, MJ Leonard, HL Bonkovsky, A Stolz, **J Ahmad**, PH Hayashi, H Barnhart, VJ Navarro. Poster Presentation at American Association for the Study of Liver Disease Meeting. Boston, November 2019.

86. *The Value of Liver Biopsy in the Diagnosis of Drug-Induced Liver Injury.* **J Ahmad**, M Bonacini, MS Ghabril, PH Hayashi, J Odin, DC Rockey, S Rossi, J Serrano, HL Tillmann, DE Kleiner. Poster Presentation at American Association for the Study of Liver Disease Meeting. November 2020.

87. *Accuracy of Abdominal Imaging for the Diagnosis of Anastomotic Stricture After Liver Transplantation*, A Arvelakis, **J Ahmad**, Poster Presentation at American Association for the Study of Liver Disease Meeting. November 2020.

88. *Safety of Marijuana Use in Liver Transplant Recipients.* J Grewal, J Odin, **J Ahmad**, MU Masood. Poster Presentation at American Association for the Study of Liver Disease Meeting. November 2021.

89. *Liver Injury in 830 Multiple Myeloma Patients Treated with Lenalidomide.* MU Masood, L Grinspan, P Grewal, **J Ahmad**, RE Fabro, S Parekh, J Odin. Poster Presentation at American Association for the Study of Liver Disease Meeting. November 2021.

90. *Methylprednisolone Associated Drug-Induced Liver Injury.* **J Ahmad**, Y-J Li, H Barnhart, EJ Phillips, PH Hayashi, NP Chalasani, RJ Fontana, DE Kleiner, JH Hoofnagle. Poster Presentation at American Association for the Study of Liver Disease Meeting. November 2021.

91. *The Role of Chemical Analysis in Causality Assessment of Herbal and Dietary Supplement (HDS) Induced Liver Injury.* A Davis, VJ Navarro, **J Ahmad**, B Avula, H Barnhart, S Barritt, HL Bonkovsky, V Chen, G Choi, RJ Fontana, MS Ghabril, PH Hayashi, I Khan, C Koh, J Odin, DC Rockey, S Rossi, H Rostami, LB Seeff, J Serrano, AH Sherker, A Stolz, HL Tillmann, R Vuppalanchi. Poster Presentation at American Association for the Study of Liver Disease Meeting. November 2021.

92. *Liver Injury Associated with Turmeric- A Growing Problem: Nine Cases from the Drug-Induced Liver Injury Network (DILIN).* D Halegoua-De Marzio, VJ Navarro, JH Hoofnagle, **J Ahmad**, B Avula, H Barnhart, S Barritt, HL Bonkovsky, RJ Fontana, MS Ghabril, I Khan, E Phillips, R Vuppalanchi. Poster of Distinction at Digestive Diseases Week, San Diego CA, May 2022.

## MEDIA RESOURCE EDUCATIONAL MATERIALS

1. British Medical Journal Best Practice Clinical Podcasts 2017-2023- Hepatitis C. http://us.bestpractice.bmj.com/best-practice/monograph/128.html
2. British Medical Journal Best Practice Clinical Podcasts 2017-2023- Hepatitis B. http://us.bestpractice.bmj.com/best-practice/monograph/127.html
3. ASGE Working Group. American Society for Gastrointestinal Endoscopy's (ASGE) Gastrointestinal Endoscopy Self-Assessment Program (GESAP) IX. https://learn.asge.org/. Published May 2018.
4. ASGE Working Group. American Society for Gastrointestinal Endoscopy's (ASGE) Gastrointestinal Endoscopy Self-Assessment Program (GESAP) X. https://learn.asge.org/. Published April 2021.
5. American Society of Transplantation. Living Donor Liver Toolkit. http://www.livedonortoolkit.com/. Published December 2021.
6. ReachMD GI Insights Program- Drug induced liver injury. https://reachmd.com/programs/gi-insights/reducing-drug-induced-liver-injury/14255/
7. British Medical Journal Best Practice Clinical Podcasts 2023- Hepatitis D. https://bestpractice.bmj.com/topics/en-us/3000320

EXHIBIT  B



Recanati/Miller Transplantation Institute
**Jawad Ahmad, MD, FRCP, FAASLD**
*Professor of Medicine*
*Division of Liver Diseases*
The Mount Sinai Hospital
One Gustave L. Levy Place
Liver Transplant – Box 1104
New York, New York 10029-6574
Tel: (212) 241-8519 (Administrative Office)
(212) 241-8035 (Transplant Program)
(212) 659-8042 (Referrals)
Fax: (212) 996-9688
E-mail: jawad.ahmad@mountsinai.org

April 12, 2025

| | |
|---|---|
| **Re:** | **Faycal Manz** |
| **DOB:** | |
| **Case ID::** | **22572037** |
| **Claim #:** | **Y2ML55784-001** |
| **D/O/A:** | **8/25/2024** |

Dear Mr Bianchi,

I am providing an independent medical examination report on Mr. Faycal Manz who I saw on April 2, 2025. I have no conflicts of interest. Mr. Manz speaks some English, but the interview was conducted using the German interpreter provided at telephone number 931 842 8387. There was no photo ID provided.

I am a Professor of Medicine at the Icahn School of Medicine at Mount Sinai in New York specializing in gastroenterology and hepatology. I have over 20 years of experience in managing patients with a wide variety of gastrointestinal and liver diseases. My New York Medical License is 253953.
In preparing this report, as well as performing the IME, I reviewed the summons and complaint dated 10/2/24, interrogatories dated 12/26/24 and photos.

<u>Presenting complaint</u>:
Mr. Manz is a 43-year-old man with no medical history apart from gastrointestinal complaints requiring a colonoscopy in the past. He is from Germany and was visiting New York in August 2024. On 8/25/24 at around 6pm he went to Los Tacos No. 1 Restaurant in New York City. He ordered three tacos and then used the self-service sauce bar and added a red and a green sauce. The green sauce was too spicy, and he immediately developed burning of his mouth and tongue. He noted some mild tachycardia (pulse was 95 on his Apple watch). He drank some soda (Coca-cola) and left the restaurant. He still had a burning sensation in his mouth and went to an ice cream parlor and bought some ice cream but could only tolerate a small amount.

He went back to his hotel and felt sick with stomach cramps. He took some over the counter drops (which he brought from Germany with him) for indigestion without relief. He developed diarrhea 5-6 hours later. It was loose stool but no blood. He had diarrhea on the subsequent two days which was loose and non-bloody. He took Imodium for the diarrhea and some antacids. He still had some burning and blistering in his mouth but this resolved over 2-3 days. He was completely back to normal after 3 days. He did not seek medical attention at any time during this episode. He has had no long-term sequelae. Specifically his bowel movements are normal, he has no abdominal pain and his weight is stable.

Past medical history:
"Gastrointestinal issues"
Colonoscopy performed in the past
No surgery

Current Medications:
None
No over the counter medications
No supplements

Allergies:
None

Family History:
Nil relevant

Psychosocial History:
No smoking, excessive alcohol, drugs
Working as an engineer
Moroccan-German ethnic origin

ROS:
Negative

Physical examination 4/2/25:

Well appearing, fully alert, interactive and appropriate.
HEENT: No scleral icterus
Neurologic: Alert and oriented x3
Skin: No jaundice
Extremities: No edema

Assessment:

Mr. Faycal Manz developed a burning sensation in his mouth and tachycardia after eating a spicy sauce and tacos. He subsequently developed diarrhea 5-6 hours later and continued to have this burning feeling and diarrhea over the next 2-3 days but then completely recovered. This episode is almost certainly related to capsaicin, an ingredient

of chili peppers. How people react to this is very variable with some people having no adverse effects and some people having more severe gastrointestinal complaints. Mr. Manz had never tried tacos with hot sauce before. People with underlying gastrointestinal issues such as gastroesophageal reflux or irritable bowel syndrome can be more sensitive to the effects of capsaicin which can include a burning sensation, sweating, tachycardia, abdominal pain/cramps and diarrhea. The fact that Mr. Manz had had a colonoscopy previously for gastrointestinal problems (at an age younger than suggested for screening) may indicate he has irritable bowel. Page 6 of the summons and complaints states "it is practically forbidden for me to eat such a very hot spicy food".
The effects of capsaicin can last for hours or even a few days but do not cause any long term sequelae as is the case here as Mr. Manz recovered fully.

All opinions expressed are based on a reasonable degree of medical certainty. I reserve the right to amend this report if in light of other information pertaining to this case.

I, Jawad Ahmad, being a physician duly licensed to practice in the State of New York, pursuant to CPLR Section 2106, hereby affirm under the penalties of perjury that the statements contained herein are true and accurate. I declare under the penalties of perjury that the information contained within this document was prepared and it is the work product of the undersigned, and is true to the best of my knowledge and information.

Sincerely,

Jawad Ahmad MD, FRCP, FAASLD



**ExamWorks, LLC.**
P.O. Box 487
Syosset, NY 11791
**Phone: (800) 842-0034**
**Fax: (516) 677-4377**

**_Please complete and fax this form to ExamWorks at 516-677-4377_**

### _INDEPENDENT MEDICAL EVALUATION_
### _APPOINTMENT ATTENDANCE ATTESTATION_

Dear Dr. Ahmad:

Thank you for scheduling the examination for Faycal Manz on Wednesday, April 2, 2025 at 8:00 AM.

In order for ExamWorks to be paid by the insurer, and therefore release payment to you, it is a requirement of the insurer that we obtain an attestation from your office that the examinee did in fact attend this examination.

Please attest to the examinee's attendance by your signature ( or a signature from your office staff) below, and fax this form to ExamWorks at 516-677-4377.

Please call 800-842-0034 if you have any questions.

Thank you.

Name: _____Jawad Ahmad_____     Signature: ____ ~~_signature_~~ _

Title:  _____MD_____     Date: ____4/7/25_____