UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------X

FAYCAL MANZ,

Plaintiff,

-against-

RESTAURANT LOS TACOS NO. 1,

Defendant.

-----------------------------------------------X

Case No: 1:24-CV-07457-DEH-HJF

**PLAINTIFF'S DECLARATION SUPPORTING PLAINTIFF'S REPLY BRIEF IN OPPOSTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF 71, ECF 72)**

I, Faycal Manz, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am the Plaintiff in the above-captioned case, proceeding pro se, and I submit this declaration in support of my Reply in Opposition to Defendant's Motion for Summary Judgment.

2. On 25th August 2024, I visited the restaurant "Los Tacos No. 1" in Times Square, New York City, as a tourist from Germany. I had never been to this establishment before and had no prior familiarity with their food or sauce offerings (exhibit 2, Page 2).

3. I purchased tacos from the restaurant and added sauces from the self-service salsa bar (exhibit 2, Page 2). The sauces were unlabeled and did not include any warnings or descriptions about their level of spiciness or potential health risks (exhibit 2, page 3).

4. I reasonably expected that a public restaurant in a major U.S. city would warn patrons of extreme spiciness, especially when sauces are presented without guidance.

5. After eating the tacos (exhibit 2, page 4), I immediately experienced severe burning in my mouth and tongue (exhibit 2, page 6), tachycardia (exhibit 2, page 5), intense stomach pain, facial redness, and gastrointestinal symptoms including cramps and diarrhea.

6. I took photographs of my injured tongue (exhibit 2) immediately after the incident and contacted my wife

7. Despite my efforts to mitigate the harm, I continued to suffer symptoms over days, which interfered with my travel, personal well-being, and full enjoyment of the U.S. Open tennis tournament.

8. In September 2024, I sent an E-Mail and certified letter (exhibit 2, pages 8+9) to the Defendant informing them of the injury and requesting action. I received no apology, or an appropriate response (only a short E-Mail from the Defendant, Ms. Gabriela, confirming receipt of the E-Mail with the information that they will get back to me as soon as possible, exhibit 2, page 8). Despite several E-Mail-Reminders from the Plaintiff, the Defendant did not see absolutely any need to answer or to send a small update or message informing him that more time will be needed to get a final answer. Absolutely no Defendant's reaction has been made.

9. Following this, I started legal action against the Defendant in October 2024.

10. Following this, I investigated that the Defendant had previously posted spiciness warnings in other locations of the restaurant chain, but those were

removed in recent years - including at the location where I was injured (exhibit 1, exhibit 2 - pages 11 to 15).

11. I also discovered many reviews dating back several years describing excessive spiciness (exhibit 2, pages 10, 12 and 13).

12. Even after I made the Defendant aware of my injury, they continued to omit warnings at their salsa bar.

13. The removal of known warnings despite prior knowledge of danger, coupled with the absence of any warning or signage on the date of my injury, demonstrates gross negligence and a reckless disregard for consumer safety.

14. The Defendant has offered 1500 USD settlement amount during the Initial Case Management Conference dated 28th January 2025 at 11:00 before the Honorable Magistrate Judge Henry J. Ricardo (the Case Management Conference Call has been recorded).

15. The New York Health Department has made an investigation confirming respectfully the food poisoning suffered in the Defendant's location (exhibit 4).

16. The Defendant made a false statement under oath (felony offense, exhibit 3)

17. The Defendant has already NYC Health Rules violations due to missing warning signs (exhibit 5, page 8)

18. The Defendant has not fulfilled its legal obligations to file the required periodic statements with the New York Department of State as of the date mentioned with a delay of more than 2 years and 5 months. The Defendant was not in good standing with the New York Department of State, this undermines the credibility of the Defendant's evidence. Non-Compliance

    with State requirements reflects poorly on the Defendant's overall conduct in this case (exhibit 6).

19. I respectfully ask the Court to deny the Defendant's Motion for Summary Judgment, as there are genuine disputes of material fact.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

**Germany, 12th August 2025**

*[signature: Faycal]*

**Faycal Manz**

Plaintiff, Pro Se

Email: manz2010@gmx.ch