# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

FAYCAL MANZ,

                                        Plaintiff,         24 **CIVIL** 7457 (DEH)

    -against-

                                                        **JUDGMENT**

LTN1 TIMES SQUARE, LLC d/b/a LOS TACOS 1
i/s/h/a RESTAURANT LOS TACOS NO. 1,

                                        Defendant.

------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion and Order dated February 15, 2026, Los Tacos's

Motion for Summary Judgment is hereby GRANTED, while Mr. Mr. Manz's Motion is

DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

        February 19, 2026

                                        **TAMMI M. HELLWIG**

                                       _____

                                           **Clerk of Court**

                         **BY:**     _____

                                            **Deputy Clerk**